Ink

FILED
AUG 1 6 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN BROWNING, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) | Civil Action No: SA-05-CA-0245-XR |
| SOUTHWEST RESEARCH INSTITUTE, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

On March 29, 2005, the above numbered and styled cause was assigned to the undersigned Judge. Upon review of the file, it has been determined that the undersigned's former law firm, Fulbright & Jaworski L.L.P., is counsel of record. Title 28 U.S.C. § 455 requires disqualification in any proceeding in which the Judge's impartiality might reasonably be questioned. Accordingly, the undersigned recuses himself from participation in this cause.

It is therefore ORDERED that the above numbered and styled cause is transferred to the Clerk of this Court for reassignment.

SIGNED this 16th day of August, 2005.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE