# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

FILED
2005 AUG 23 A 9: 48
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LAUREN BROWNING, | § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO.: SA-05-CA-0245-XR |
| SOUTHWEST RESEARCH INSTITUTE, | § § § § | |
| Defendant. | § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE PAMELA A. MATHEY, UNITED STATES MAGISTRATE JUDGE

COMES NOW Adele P. Kimmel, Applicant herein, and files this Motion for Admission *Pro Hac Vice* pursuant to Local Rule AT-1. Applicant respectfully states as follows:

### I.

Applicant is an attorney at Trial Lawyers for Public Justice, P.C., with offices at 1717 Massachusetts Avenue, N.W., Suite 800, Washington, D.C. 20036, (202) 797-8600.

### II.

Applicant will sign all pleadings with the name Adele P. Kimmel.

### III.

Applicant has been retained personally or as a member of the above-named organization by Lauren Browning to provide legal representation in connection with the above-styled matter now pending before the United States District Court, Western District of Texas.

### IV.

Since January 22, 1988, Applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia where Plaintiff regularly practices law. Applicant's bar license number is 412612. (Applicant was admitted to the bar of the highest court

of the state of California on January 5, 1987, bar license number 126843, but has been on inactive status in California since January 1, 1989.)

## V.

Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| California Supreme Court | 1/5/87 |
| D.C. Court of Appeals | 1/22/88 |
| U.S. District Court for the District of Columbia | 9/12/88 |
| U.S. Court of Appeals for the D.C. Circuit | 11/15/88 |
| U.S. Court of Appeals for the Third Circuit | 8/27/97 |
| U.S. Supreme Court | 2/20/96 |

## VI.

Applicant is presently a member in good standing of the bars of the courts listed in question V.

## VII.

Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

## VIII.

Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

## IX.

Applicant has not filed for *pro hac vice* admission in the United States District Court, Western District of Texas, during the past three (3) years.

## X.

Local counsel of record associated with Applicant in this matter is Malinda A. Gaul, who has offices at 111 Soledad Street, Suite 725, San Antonio, TX 78205, (210) 225-0685.

## XI.

Applicant has received a copy of the Local Rules for the Western District of Texas and will comply with these rules throughout the course of this lawsuit.

## XII.

Applicant respectfully requests to be admitted to practice in the United States District Court for the Western District of Texas for this cause only.

SIGNED this 22nd day of August, 2005.

*Adele P. Kimmel*
Adele P. Kimmel
D.C. Bar No. 412612
Trial Lawyers for Public Justice, P.C.
1717 Massachusetts Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 797-8600 - telephone
(202) 232-7203 - facsimile

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this 22nd day of August, 2005.

*Adele P. Kimmel*
Adele P. Kimmel

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2005, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* and proposed order was served by first-class U.S. mail, postage prepaid, and properly addressed to:

Cyndi M. Benedict, Esq.
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205

Malinda A. Gaul, Esq.
Gaul and Dumont
111 Soledad Street
Suite 725
San Antonio, TX 78205

Adele P. Kimmel