IN THE UNITED STATES DISTRICT COURT FILED
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

2005 NOV 10 P 2: 11

CLERK, US DIST. COURT
TEXAS
BY: _____

| | | |
|---|---|---|
| LAUREN BROWNING, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. SA-05-CA-0245-FB |
| | § | |
| SOUTHWEST RESEARCH INSTITUTE | § | |
| Defendant. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

COMES NOW, Plaintiff Lauren Browning, and Defendant Southwest Research Institute, and in accordance with the proposed Scheduling Order and Local Rule CV-88, file this, their Joint Alternative Dispute Resolution Report, and would respectfully show the Court as follows:

1. The persons responsible for settlement negotiations for Plaintiff are Lauren Browning as Plaintiff, and Hal K. Gillespie, attorney in charge, and M. Jeanette Fedele, Plaintiff's attorneys of record. The persons responsible for settlement negotiations for Defendant are Nancy J. Anderson, on behalf of Southwest Research Institute, and Cyndi M. Benedict and Stephen J. Romero, Defendant's attorneys of record.

2. Counsel for Plaintiff and Defendant certify that Plaintiff and Defendant have, by their respective counsel, been informed of the ADR procedures available in this district.

3. Based on the opposing positions of the parties and the status of on going discovery, mediation is not considered a viable alternative at this time. The parties will re-evaluate this alternative as the case progresses.



Respectfully submitted,

GILLESPIE, ROZEN, WATSKY, MOTLEY &
JONES, P.C.

_____
Hal K. Gillespie
State Bar No. 07925500
M. Jeanette Fedele
State Bar No. 24040887
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Telephone: (214) 720-2009
Facsimile: (214) 720-2291
Attorneys for Plaintiff, Lauren Browning

COOPERATING PLAINTIFF'S COUNSEL

Steve Baughman Jensen
BARON AND BUDD, P.C.
State Bar No. 99783615
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Adele P. Kimmel
TRIAL LAWYERS FOR PUBLIC JUSTICE, P.C.
District of Columbia Bar No. 412612
1717 Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203

Malinda A. Gaul
LAW OFFICES OF GAUL AND DUMONT
State Bar No. 08239800
111 Soledad, Suite 725
San Antonio, Texas 78205
Telephone: (210) 225-0685
Facsimile: (210) 271-9557

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____
Cyndi M. Benedict
State Bar No. 03322000
Stephen J. Romero
State Bar No. 24046756
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone: (210) 270-7120
Telecopier: (210) 270-7205
Attorneys for Defendant,
Southwest Research Institute

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on November 10, 2005 on the following:

Hal K. Gillespie
M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley & Jones, P.C.
3402 Oak Grove, Suite 200
Dallas, Texas 75204

Malinda A. Gaul
Law Offices of Gaul and Dumont
111 Soledad, Suite 725
San Antonio, Texas 78205

_____
Cyndi M. Benedict