**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

FILED

FEB 2 3 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| LAUREN BROWNING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  SA-05-CA-0245-FB |
| | § | |
| SOUTHWEST RESEARCH | § | |
| INSTITUTE, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S APPENDIX IN SUPPORT OF HER MOTION TO EXTEND
PLAINTIFF'S DEADLINE FOR DESIGNATING TESTIFYING EXPERTS**

TO THE HONORABLE FRED BIERY, U.S. DISTRICT JUDGE

     Pursuant to Local Rule CV-7(b), Plaintiff Lauren Browning submits the following Appendix

in Support of Her Motion to Extend Plaintiff's Deadline for Designating Testifying Experts.

                      Respectfully submitted,

                      GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
                      3402 Oak Grove Avenue, Suite 200
                      Dallas, Texas  75204
                      Phone: (214) 720-2009
                      Fax:    (214) 720-2291

                      By:_____
                      Hal K. Gillespie
                      State Bar No. 07925500
                      M. Jeanette Fedele
                      State Bar No. 24040887

BARON AND BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
 Steve Baughman Jensen
 State Bar No. 00783615

TRIAL LAWYERS FOR PUBLIC JUSTICE, P.C.
1717 Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20036
Phone  (202) 797-8600
Fax  (202) 232-7203
 Adele P. Kimmel
 District of Columbia Bar No. 412612

LAW OFFICES OF GAUL AND DUMONT
111 Soledad, Suite 725
San Antonio, Texas 78205
(210) 225-0685
(210) 271-9557 - Fax
 Malinda A. Gaul
 State Bar #08239800

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this the 22nd day of February, in the following manner to:

Cynthia Michelle Benedict
Stephen J. Romero
Fulbright & Jaworski
300 Convent Street, #2200
San Antonio, TX 78205

_____ Hand-Delivery
 ✓ U.S. Mail, postage pre-paid
_____ Certified Mail, Return Receipt Requested
_____ Overnight Express Mail/Federal Express
_____ Telecopier

M. Jeanette Fedele

**PLAINTIFF'S APPENDIX IN SUPPORT OF HER MOTION TO EXTEND**
**PLAINTIFF'S DEADLINE FOR DESIGNATING TESTIFYING EXPERTS**  PAGE 2

## TABLE OF CONTENTS

**Description**                                                                 **Page No.**

SwRI Salary Survey Comparison by Job Title. . . . . . . . . . . . . . . . . . . . .   APP 0001 - APP 0006

E-mail to Cyndi Benedict from Kathy Williams dated February 14, 2006 . . . . . . . . .   APP 0007

Letter to M. Jeanette Fedele from Cyndi Benedict dated
February 16, 2006  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   APP 0008 - APP 0010

E-mail to Cyndi Benedict from M. Jeanette Fedele dated
February 16, 2006  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   APP 0011 - APP 0013

Letter to M. Jeanette Fedele from Cyndi Benedict dated
February 17, 2006  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   APP 0014 - APP 0015

Letter to Cynthia M. Benedict from M. Jeanette Fedele
dated February 17, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   APP 0016 - APP 0018

Letter to Cynthia M. Benedict from M. Jeanette Fedele
dated February 21, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   APP 0019 - APP 0022

# CONFIDENTIAL INFORMATION

# FILED UNDER SEAL

# APPENDIX 1-6

**jfedele@grwlawfirm.com**

| | |
|---|---|
| **From:** | Williams, Kathy [kwilliams@fulbright.com] |
| **Sent:** | Tuesday, February 14, 2006 3:42 PM |
| **To:** | jfedele@grwlawfirm.com |
| **Cc:** | Benedict, Cyndi |
| **Subject:** | Browning v SwRI |

Jeanette: as a follow up to my voice message, we have no problem extending the expert
designation deadlines that we discussed as follows:
Pl's expert designations were March 3 and will now be March 17; Def's expert designations
were April 3 and will now be April 17th.  If you would be so kind as to send us a Rule 11
agreement to this affect we would appreciate it.

Kathy S. Williams
Sr. Paralegal to Cyndi M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone: 210-270-7157
Telecopier: 210-270-7205
email: kwilliams@fulbright.com
www.fulbright.com

1

**APP 0007**

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TEXAS 78205-3792
WWW.FULBRIGHT.COM

06 FEB 16 PM 3:36

**FAX-FEB0290**

## FACSIMILE TRANSMISSION

**DATE:**    February 16, 2006                **MATTER NUMBER:**    00571    10506983

| RECIPIENT(S): | FAX NO.: | PHONE NO.: |
|---|---|---|
| M. Jeannette Fedele<br>Gillespie, Rozen, Watsky, Motley & Jones, P.C. | (214) 720-2291 | (214) 720-2009 |
| Malinda Gaul<br>Gaul and Dumont | (210) 271-9557 | (210) 225-0685 |

**FROM:**    Cyndi M. Benedict                                    **FLOOR:**    2218

**PHONE:**    (210) 270-7120                **FAX:**    (210) 270-7205

**RE:**    Browning v. SwRI

**NUMBER OF PAGES INCLUDING COVER PAGE:**    3

**MESSAGE:**

## CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

APP 0008

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL**
AS SOON AS POSSIBLE.

# FULBRIGHT & JAWORSKI L.L.P.
### A Registered Limited Liability Partnership
300 CONVENT STREET. SUITE 2200
SAN ANTONIO. TEXAS  78205-3792
WWW.FULBRIGHT.COM

CYNDI M. BENEDICT
PARTNER
CBENEDICT@FULBRIGHT.COM

DIRECT DIAL:   (210) 270-7120
TELEPHONE:   (210) 224-5575
FACSIMILE:   (210) 270-7205

February 16, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Ms. M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 78504

  Re: Civil Action No. SA-05-CA-0245-FB; *Lauren Browning v. Southwest Research Institute*; In the United States District Court, Western District of Texas, San Antonio, Division

Dear Ms. Fedele:

  I cannot sign the "Rule 11" letter agreement which you faxed to my office yesterday. Yes, my client and I are agreeable to your request that Plaintiff's deadline to designate testifying experts be moved to March 17, 2006 and Defendant's deadline for same be extended to April 17, 2006. This agreement is not, however, in any manner, as you suggest, tied to an "understanding that the supplemental document production Plaintiff has requested from Defendant will be available to Plaintiff on February 17, 2006." No such commitment has been made to Plaintiff. These are two separate issues and each will be dealt with accordingly.

  If it is still your request that Defendant agree to an extension to March 17, 2006 for Plaintiff's deadline to designate testifying experts and an extension to April 17, 2006 for Defendant's correlating deadline, Defendant will agree and will sign a Rule 11 to that effect. However, the conditions which your attempt to place on our agreement to your request are not part of the agreement and are not acceptable to Defendant.

  If you would like revise your requested Rule 11, please do so and I will sign if in accord with the above explanation.

**APP 0009**

Ms. M. Jeanette Fedele
February 16, 2006
Page 2

Very truly yours,

Cyndi M. Benedict

CMB/eai

cc:    Malinda A. Gaul
Law Offices of Gaul and Dumont
111 Soledad, Suite 725
San Antonio, Texas 78205

**jfedele@grwlawfirm.com**

| | |
|---|---|
| **From:** | jfedele@grwlawfirm.com |
| **Sent:** | Thursday, February 16, 2006 6:20 PM |
| **To:** | 'Benedict, Cyndi' |
| **Cc:** | 'Williams, Kathy'; 'Hal K. Gillespie' |
| **Subject:** | Browning: Rule 11 agreement |

**Attachments:**     Benedict Letter 2-15-06.pdf



Benedict Letter
2-15-06.pdf (1...

Dear Ms. Benedict:

I am disappointed to receive your letter today stating you are unable to sign the Rule 11 letter agreement I faxed to you on February 15, 2006 (attached).  The letter I faxed to you reflected exactly the agreement I proposed to you via your paralegal Kathy Williams.

I am willing to prepare a new Rule 11 letter agreement reflecting your counter- offer agreeing simply to extend Plaintiff's deadline to designate testifying experts to March 17, 2006 and Defendant's deadline for same to April 17, 2006.  However, as I mentioned to Ms. Williams on the phone, unless Defendant produces the requested supplemental discovery responses by or very near February 17, 2006, I will have no alternative but to move the court to extend Plaintiff's deadline to designate testifying experts to a date beyond March 17, 2006.  The length of the extension sought would be appropriately related to the date by which we receive Defendant's supplemental discovery responses.  This is necessary to allow experts adequate time to prepare a report.

Very truly yours,

M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley, & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
214-720-2009 office
214-720-2291 fax
jfedele@grwlawfirm.com

**APP 0011**

LAW OFFICES OF

## GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO. (972) 988-3357
FAX: (214) 720-2291
866 302 LEGAL

February 15, 2006

Hal K Gillespie*
Yona Rozen*
David K. Watsky*
Susan D Motley*
James A Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D Sanford

* Board Certified Labor and Employment Law
Texas Board of Legal Specialization

*Via Facsimile - (210) 270-7205*

Cynthia M. Benedict
Fulbright & Jaworski
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

Re: *Lauren Browning vs. Southwest Research Institute*
*Civil Action No. SA-05-CA-0245-XR*

Dear Ms. Benedict:

It is my understanding that you are agreeable to moving Plaintiff's deadline to designate testifying experts to March 17, 2006 and Defendant's deadline for same to April 17, 2006. This agreement is based on the understanding that the supplemental document production Plaintiff has requested from Defendant will be available to Plaintiff on February 17, 2006. Plaintiff reserves the right to seek further extension of this deadline should a move to compel Defendant's production become necessary.

If this matches your understanding of our agreement, please indicate by your signature below.

Thank your for your courtesies.

Very truly yours,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

By: _____
M. Jeanette Fedele

MJF:ps

**AGREED TO:**

_____
Cynthia M. Benedict

APP 0012

Cynthia M. Benedict
February 15, 2006
Page Two

cc:     Hal K. Gillespie

        Steve Baughman Jensen (Via E-Mail)
        Adele P. Kimmel (Via E-Mail)
        Malinda A. Gaul (Via E-Mail)

APP 0013

FAX-FEB0303

# FULBRIGHT & JAWORSKI L.L.P.
### A REGISTERED LIMITED LIABILITY PARTNERSHIP
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TEXAS 78205-3792    06 FEB 17 PM 2:03
WWW.FULBRIGHT.COM

## FACSIMILE TRANSMISSION

**DATE:**    February 17, 2006                    **MATTER NUMBER:**    00571    10506983

| RECIPIENT(S): | FAX NO.: | PHONE NO.: |
|---|---|---|
| Ms. M. Jeanette Fedele Gillespie, Rozen, Watsky, Motley & Jones, P.C. | (214) 720-2291 | (214) 720-2009 |
| Malinda Gaul Gaul and Dumont | (210) 271-9557 | (210) 225-0685 |

**FROM:**    Cyndi M. Benedict                    **FLOOR:**    2218

**PHONE:**    (210) 270-7120            **FAX:**        (210) 270-7205

**RE:**        Browning v. SwRI

**NUMBER OF PAGES INCLUDING COVER PAGE:**    2

**MESSAGE:**

## CAUTION - CONFIDENTIAL
THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

APP 0014

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL PRODUCTION SERVICES AT 210-270-9312 AS SOON AS POSSIBLE.**

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TEXAS  78205-3792
WWW.FULBRIGHT.COM

CYNDI M. BENEDICT
PARTNER
CBENEDICT@FULBRIGHT.COM

DIRECT DIAL:     (210) 270-7120
TELEPHONE:       (210) 224-8678
FACSIMILE:       (210) 270-7206

February 17, 2006

**VIA FACSIMILE
AND U.S. MAIL**

Ms. M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 78504

    Re:   Civil Action No. SA-05-CA-0245-FB; *Lauren Browning v. Southwest Research Institute*; In the United States District Court, Western District of Texas, San Antonio, Division

Dear Ms. Fedele:

    We have a fundamental disagreement regarding the proposed Rule 11 agreement memorializing your request for an extension of the date for designation of experts.  In short, and as I have previously said, I am willing to agree to your request for an extension.   I am not, however, willing to agree, infer or otherwise indicate, state, condition or provide a reason for why you want the extension.  The reasons why you have requested an extension are yours, not mine, and not relevant to my agreement to your request for the extension.  It is that simple.  Once again, if you will provide me with a basic Rule 11 which reflects the extended dates, I will sign it.

               Very truly yours,

               Cyndi M. Benedict

CMB/eai
cc:   Ms. Malinda A. Gaul
      Law Offices of Gaul and Dumont
      111 Soledad, Suite 725
      San Antonio, Texas  78205

**APP 0015**

31078708.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO
DUBAI • HONG KONG • LONDON • MUNICH • RIYADH

LAW OFFICES OF

# GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE.
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO: (972) 988-3357
FAX: (214) 720-2291
866 302 LEGAL

Hal K. Gillespie*
Yona Rozen*
David K. Watsky*
Susan D. Motley*
James A. Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D. Sanford

* Board Certified Labor and Employment Law
Texas Board of Legal Specialization

February 17, 2006

*Via Facsimile - (210) 270-7205*

Cynthia M. Benedict
Fulbright & Jaworski
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

Re:    *Lauren Browning vs. Southwest Research Institute*
       *Civil Action No. SA-05-CA-0245-XR*

Dear Ms. Benedict:

It is my understanding that you are agreeable to moving Plaintiff's deadline to designate testifying experts to March 17, 2006, and Defendant's deadline for same to April 17, 2006.

If this matches your understanding of our agreement, please indicate by your signature below.

Thank your for your courtesies.

Very truly yours,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

By: _____
M. Jeanette Fedele

MJF:ps

**AGREED TO:**

_____
Cynthia M. Benedict

**APP 0016**

Cynthia M. Benedict
February 17, 2006
Page Two

cc:    Hal K. Gillespie

       Steve Baughman Jensen (Via E-Mail)
       Adele P. Kimmel (Via E-Mail)
       Malinda A. Gaul (Via E-Mail)

# Confirmation Report — Memory Send

```
Page        : 001
Date & Time : Feb-17-06  16:39
Line 1      : +2147202291
Line 2      :
Machine ID  : GRWM Law Firm
```

| | | |
|---|---|---|
| Job number | : | 412 |
| Date | : | Feb-17 16:38 |
| To | : | ☎12102707205---05075 |
| Number of pages | : | 003 |
| Start time | : | Feb-17 16:38 |
| End time | : | Feb-17 16:39 |
| Pages sent | : | 003 |
| Status | : | OK |

Job number      : 412            *** SEND SUCCESSFUL ***

LAW OFFICES OF
## GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE.
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO: (972) 980-3387
FAX: (214) 720-2291

Of Counsel
G. William Baab*

Hal K. Gillespie*
Yona Rozen*
David K. Watsky*
Susan D. Motley*
James A. Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D. Sanford

*Board Certified Labor and Employment Law
Texas Board of Legal Specialization

### FAX COVER SHEET

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

TO:        Cynthia M. Benedict          Fax: 210.270.7205
           FULBRIGHT & JAWORSKI
           300 Convent Street, Suite 2200
           San Antonio, Texas 78205-3792

FROM:      Jeanette Fedele              Date: February 17, 2006

RE:        *Browning v. Southwest Research Institute*     Our File No. 05-075

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER PAGE: 3

**MESSAGE:**

If you are not receiving this message clearly, or if you have any problems, please call our office immediately at 214-720-2009.

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

LAW OFFICES OF

# GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO. (972) 988-3357
FAX: (214) 720-2291
866 302 LEGAL

February 21, 2006

Hal K. Gillespie*
Yona Rozen*
David K. Watsky*
Susan D. Motley*
James A. Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D. Sanford

\* Board Certified Labor and Employment Law
Texas Board of Legal Specialization

_**Via Facsimile - (210) 270-7205**_

Cynthia M. Benedict
Fulbright & Jaworski
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

> Re:   _**Lauren Browning vs. Southwest Research Institute**_
> _**Civil Action No. SA-05-CA-0245-XR**_

Dear Ms. Benedict:

Last week we discussed extending Plaintiff's deadline to designate testifying experts to March 17, 2006, and extending Defendant's deadline for same to April 17, 2006. By your letter of February 17, 2006 (your file number FAX-FEB0303), you indicated that once I provided a basic letter agreement which reflects the extended dates, you would sign it.

I faxed such a letter agreement on February 17, 2006, but have not heard back from you. Attached is a copy of my February 17, 2006 letter. Please sign it and return by facsimile as soon as possible. If you do not intend to sign it, please let me know immediately.

Thank you for your prompt attention to this matter.

Very truly yours,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

By: _____
M. Jeanette Fedele

MJF:ps
Attachment

cc:   Hal K. Gillespie

Steve Baughman Jensen (Via E-Mail)
Adele P. Kimmel (Via E-Mail)
Malinda A. Gaul (Via E-Mail)

**APP 0019**

LAW OFFICES OF

## GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO (972) 988-3357
FAX (214) 720-2291
866 302 LEGAL

Hal K. Gillespie*
Yona Rozen*
David K. Watsky*
Susan D. Motley*
James A. Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D. Sanford

February 17, 2006

* Board Certified Labor and Employment Law
  Texas Board of Legal Specialization

_**Via Facsimile**_ - *(210) 270-7205*

Cynthia M. Benedict
Fulbright & Jaworski
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

> Re:   *Lauren Browning vs. Southwest Research Institute*
>        *Civil Action No. SA-05-CA-0245-XR*

Dear Ms. Benedict:

It is my understanding that you are agreeable to moving Plaintiff's deadline to designate testifying experts to March 17, 2006, and Defendant's deadline for same to April 17, 2006.

If this matches your understanding of our agreement, please indicate by your signature below.

Thank your for your courtesies.

Very truly yours,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

By: _____
M. Jeanette Fedele

MJF:ps

**AGREED TO:**

_____
Cynthia M. Benedict

**APP 0020**

Cynthia M. Benedict
February 17, 2006
Page Two

cc:    Hal K. Gillespie

        Steve Baughman Jensen (Via E-Mail)
        Adele P. Kimmel (Via E-Mail)
        Malinda A. Gaul (Via E-Mail)

# Confirmation Report — Memory Send

Page        : 001
Date & Time: Feb-21-06  12:04
Line 1      : +2147202291
Line 2      :
Machine ID  : GRWM Law Firm

| | | |
|---|---|---|
| Job number | : | 467 |
| Date | : | Feb-21 12:03 |
| To | : | ☎12102707205---05075 |
| Number of pages | : | 004 |
| Start time | : | Feb-21 12:03 |
| End time | : | Feb-21 12:04 |
| Pages sent | : | 004 |
| Status | : | OK |

Job number    : 467            **\*\*\* SEND SUCCESSFUL \*\*\***

LAW OFFICES OF
**GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.**
A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE.
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO: (972) 988-3357
FAX: (214) 720-2291

Of Counsel
G. William Baab*

Hal K. Gillespie *
Yona Rozen*
David K. Watsky *
Susan D. Motley *
James A. Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D. Sanford

*Board Certified Labor and Employment Law
Texas Board of Legal Specialization

## FAX COVER SHEET

### PLEASE DELIVER THE FOLLOWING PAGES TO:

TO:    Cynthia M. Benedict                    Fax: 210.270.7205
       FULBRIGHT & JAWORSKI                        05-075
       300 Convent Street, Suite 2200
       San Antonio, Texas 78205-3792

FROM:  Jeanette Fedele                         Date: February 21, 2006

RE:    *Browning v. Southwest Research Institute*    Our File No. 05-075

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER PAGE: 4

MESSAGE:

If you are not receiving this message clearly, or if you have any problems, please call our office immediately at 214-720-2009.

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

# N O T I C E

Browning
_____
**Plaintiff(s)**                                §

                                                §   CASE NO. _SA05CA245_

Southwest Research
_____
**Defendant(s)**                                §

The following material has been filed and assigned these numbers on the docket sheet:

| Number(s) assigned: | Material | Filing Date |
|---|---|---|
| _____ | Deposition(s) | _____ |
| _____ | Transcripts | _____ |
| _____ | Bulky Pleadings | _____ |
| _____ | Exhibits | _____ |
| _exh._ | Sealed Material | _____ |

**THIS NOTICE IS PLACED IN THE FILE**
**JACKET TO ACCOUNT FOR NUMBERS ASSIGNED**
**TO MATERIAL FILED IN THIS CASE BUT**
**NOT FILED IN THE CASE JACKET**

Exh.