IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR - 6 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| LAUREN BROWNING, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. SA-05-CA-245-FB |
| SOUTHWEST RESEARCH INSTITUTE, | § § § | |
| Defendant. | § | |

## *ORDER GRANTING MOTION TO EXTEND DEADLINES*

Before the Court is Plaintiff's Motion to Extend Plaintiff's Deadline for Designating Testifying Experts filed February 23, 2006, and Defendant's Response to Plaintiff's Motion to Extend Plaintiff's Deadline for Designating Testifying Experts filed March 1, 2006. Plaintiff seeks an eight-week extension of her deadline to designate testifying experts and to comply with rule 26(a)(2) of the Federal Rules of Civil Procedure from March 3, 2006, to April 28, 2006, or in the alternative, an eight-week extension of her deadline to serve expert reports. Plaintiff also seeks a like extension of the remaining down line deadline In response to the motion, defendant does not oppose an extension of the deadline for filing of expert reports while keeping the designation of expert dates as is. Defendant also agrees to a corresponding extension of the down line deadlines as well.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Plaintiff's Deadline for Designating Testifying Experts (docket #24) is GRANTED such that the Scheduling Order entered in this case on November 18, 2005 (docket #15) is amended as follows:

4. All parties asserting claims for relief shall file their designation of testifying experts by **March 3, 2006**, and submit expert reports by **April 28, 2006**. Parties resisting claims for relief shall file their designation testifying experts by **April 3, 2006**, and submit expert reports by **May 29, 2006**.

27

6. The parties shall complete all discovery on or before **June 7, 2006**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **July 25, 2006**. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to **20** pages in length.

Except for the changes indicated above, the Scheduling Order entered November 18, 2005 (docket #15), remains in effect as issued.

It is so ORDERED.

SIGNED this ___6th___ day of March, 2006.

FRED BIERY
UNITED STATES DISTRICT JUDGE