IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 6 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| LAUREN BROWNING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. SA-05-CA-0245-XR |
| | § | |
| SOUTHWEST RESEARCH INSTITUTE, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S DESIGNATION OF POTENTIAL WITNESSES

TO THE HONORABLE U.S. DISTRICT JUDGE FRED BIERY:

Pursuant to the Court's Scheduling Order of November 18, 2005, Plaintiff Lauren Browning submits Plaintiff's Designation of Potential Witnesses. Plaintiff reserves the right to amend and/or supplement this list pursuant to Fed. R. Civ. P. 26(a)(3)(C) after discovery in this matter has been completed.

1.  John Bradbury
    U.S. Nuclear Regulatory Commission
    One White Flint North
    11555 Rockville Pike
    Mail Stop: 7727
    Rockville, Maryland 20852
    (301) 415-6597

2.  David Brooks
    U.S. Nuclear Regulatory Commission
    One White Flint North
    11555 Rockville Pike
    Mail Stop: 7727
    Rockville, Maryland 20852
    (301) 415-7284

3.  Lauren Browning, Ph.D.
    c/o Hal Gillespie
    3402 Oak Grove Ave., Suite 200
    Dallas, TX 75204
    (214) 720-2009

PLAINTIFF'S DESIGNATION OF POTENTIAL WITNESSES  Page 1

4.  Dr. J. Herbert Burkman, Ph.D.
    2501 Oak Lawn Avenue
    Suite 100
    Dallas, Texas 75219
    (214) 443-0664

5.  Bill Bourcier
    Lawrence Livermore National Laboratory
    7000 East Avenue
    Mail Stop: L-221
    Livermore, CA 94550
    (925) 423-3745

6.  Peter Bryant
    Plaintiff's Husband
    9014 Saddle Trail
    San Antonio, TX 78255
    (210) 698-0524

7.  Gustavo Cragnolino
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

8.  Bill Crumlett
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

9.  William Dam
    U.S. Nuclear Regulatory Commission
    One White Flint North
    11555 Rockville Pike
    Mail Stop: 7727
    Rockville, Maryland 20852

10. Bertrand Devouard
    Plaintiff will supplement.

11. David Esh
    U.S. Nuclear Regulatory Commission
    One White Flint North

11555 Rockville Pike
Mail Stop: 7J8
Rockville, Maryland 20852
(301) 415-6705

12. Randall Fedors
c/o counsel, Cynthia Michelle Benedict
Fulbright & Jaworski
300 Convent Street, #2200
San Antonio, TX 78205

13. Simcha Stroes-Gascoynes
Plaintiff will supplement.

14. Gregory Hatchett
U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Mail Stop: 16C1
Rockville, Maryland 20852
(301) 415-1827

15. Roland Hellmann
*Geochemical Transactions* Associate Editor
Laboratoire de Geophysique Interne et Tectonophysique
Suite 1NO1, 2 Huntington Quadrangle
Melville, NY 11747-4502
(516) 576-2403

16. Melissa Hill
University of South Florida
Karst Research Group
4202 E. Fowler Ave., SCA 528
Tampa, Florida 33620
(813) 974-8751

17. Dr. John R. Huriega, DDS
8235 Fredericksburg Rd
San Antonio, TX 78229
(210) 616-0858

18. Walter Ilman
SwRI
c/o counsel, Cynthia Michelle Benedict
Fulbright & Jaworski
300 Convent Street, #2200
San Antonio, TX 78205

19. Barbara James
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

20. Bret Leslie
    U.S. Nuclear Regulatory Commission
    One White Flint North
    11555 Rockville Pike
    Mail Stop: 7727
    Rockville, Maryland 20852
    (301) 415-6652

21. Michelle Loranger
    Plaintiff will supplement.

22. Bruce Mabrito
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

23. Patrick Mackin
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

24. Tony Magaro
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

25. William Murphy
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

26. Marius Necsoiu
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

27. Melissa Nugent
    1401 Saint Edwards Dr.
    Austin, TX 78704
    (512) 804-0169

28. Dr. Roberto Pabalan
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

29. Scott Painter
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

30. Dr. Wesley Patrick
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

31. Dr. English C. Pearcy
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

32. Dr. David Pickett
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

33. Dr. Jeffrey Pickens, MD
    Leon Springs Family Practice
    24165 W IH 10 #118
    San Antonio, TX 78257-1160
    (210) 698-7777

34. James Prikryl
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

35. Dr. Budhi Sagar
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

36. Roberta (Robbie) Score
    570 S. Clarkson St.
    Denver, CO 80209-4320
    (303) 770-3696

37. Michael Smith
    Pacific Northwest National Laboratory
    P.O. Box 999
    Richland, WA 99352
    (888) 375-7665

38. Dr. Narasi Sridhar
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

39. Dr. Peggy Stockdale, Ph.D.
    Professor, Psychology
    Southern Illinois University Carbondale
    Carbondale, IL 62901-6502
    (618) 453-8331

40. Dr. Jeffrey Taylor
    University of Hawaii
    2525 Correa Rd.
    Honolulu, Hawaii 96822
    (808) 956-3899

41. David Turner
    SwRI
    c/o counsel, Cynthia Michelle Benedict
    Fulbright & Jaworski
    300 Convent Street, #2200
    San Antonio, TX 78205

42. Dr. Michael Zolensky
    NASA
    Johnson Space Center
    Mail Code KT
    Houston, Texas 77058
    (281) 483-5128

Respectfully submitted,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax:   (214) 720-2291

By: /s/ Hal K. Gillespie
Hal K. Gillespie
State Bar No. 07925500
M. Jeanette Fedele
State Bar No. 24040887

ATTORNEYS FOR PLAINTIFF
LAUREN BROWNING

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this the 3rd day of March, 2006, in the following manner to:

Cynthia Michelle Benedict
Stephen J. Romero
Fulbright & Jaworski
300 Convent Street, #2200
San Antonio, TX 78205

_____ Hand-Delivery
__✓__ U.S. Mail, postage pre-paid
_____ Certified Mail, Return Receipt Requested
_____ Overnight Express Mail/Federal Express
_____ Telecopier

*Via E-Mail*
Steve Baughman Jensen
BARON AND BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
sjensen@baronbudd.com

*Via E-Mail*
Adele P. Kimmel
TRIAL LAWYERS FOR PUBLIC JUSTICE, P.C.
1717 Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20036
AKIMMEL@TLPJ.ORG

*Via E-Mail*
Malinda A. Gaul
Law Offices of Gaul and Dumont
105 South Street Mary's, Suite 950
San Antonio, Texas 78205
malindag@swbell.net

M. Jeanette Fedele