## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN BROWNING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. SA-05-CA-0245-XR FB |
| | § | |
| SOUTHWEST RESEARCH | § | |
| INSTITUTE, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S DESIGNATION OF PROPOSED EXHIBITS

TO THE HONORABLE U.S. DISTRICT JUDGE FRED BIERY:

Pursuant to the Court's Scheduling Order of November 18, 2005, Plaintiff Lauren Browning submits the following designation of proposed exhibits. Plaintiff reserves the right to amend and/or supplement this list pursuant to FED. R. CIV. P. 26(a)(3)(C) after discovery in this matter has been completed.

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 147-148 | 2005 Median Based Salary Report from Salary Wizard (dated 10/26/05). | | |
| BROWNING 149 | Salary Table for 2005 from www.opn.gov | | |
| BROWNING 165-168 | Handwritten Notes re: Travel without Authorization (dated 04/27/02). | | |
| BROWNING 169 | Handwritten Notes re: Pattern of Harassment (dated 04/27/02). | | |
| BROWNING 170 | Handwritten Notes re: Performance Evaluation (dated 02/09/03). | | |
| BROWNING 175 | Handwritten Notes re: Visit to HR. | | |
| BROWNING 176-178 | Handwritten Notes re: Concerns about Ethics (dated 02/10/03). | | |
| BROWNING 179-180 | Handwritten Notes re: Pre-registration for Lunar and Planetary Science Conference (dated 02/11/03). | | |



| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 182-183 | Handwritten Notes re: Sick Leave/Flexible Work Hours (dated 02/11/03). | | |
| BROWNING 184 | E-mail from Michael Smith to Lauren Browning, et al. re: IMAC Update (dated 02/11/03). | | |
| BROWNING 185-190 | Handwritten Notes re: Visit by Wes Patrick to Discuss Performance Evaluation Comments - Plaintiff's Request for Promotion (dated 02/12/03). | | |
| BROWNING 194-198 | Plaintiff's Curriculum Vitae. | | |
| BROWNING 199 | Letter from Lauren Browning to US PIRG Administrative Director re: Application for Employment (dated 06/25/05). | | |
| BROWNING 200 | Letter from Lauren Browning to Tex PIRG re: Application for Employment (dated 05/10/04). | | |
| BROWNING 201 | Letter from Lauren Browning to Sandia National Laboratories re: Application for Employment (dated 04/13/05). | | |
| BROWNING 202-203 | Handwritten Notes re: Job Search (dated 09/05 and 10/05). | | |
| BROWNING 204-214 | Handwritten Notes re: Initial Salary Negotiation. | | |
| BROWNING 215 | Principle Scientist Job Description (dated 01/08/02). | | |
| BROWNING 216-219 | Application of Employment for Leslie Frederick Bleamaster (dated 01/15/04). | | |
| BROWNING 220-224 | Curriculum Vitae for Leslie Bleamaster. | | |
| BROWNING 225-227 | Plaintiff's Planetary Sciences Focus CV. | | |
| BROWNING 228 | Handwritten Notes re: Planetary Sciences at CNWRA (dated 05/28/03). | | |
| BROWNING 229 | Plaintiff's Bio. | | |
| BROWNING 230 | Plaintiff's Comments. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 231 | Bulletin re: Roles of Federal Agencies - NRC (Nuclear Regulatory Commission). | | |
| BROWNING 232 | E-mail from Lauren Browning to Peter re: NRC Technical Exchange Agreement (dated 06/11/03). | | |
| BROWNING 233 | Research Scientist Job Posting (dated 07/20/04). | | |
| BROWNING 234 | Job Posting for Senior Research Engineer - Geo Technical (dated 09/27/05). | | |
| BROWNING 235 | NRC Job Posting for Systems Performance Analysts (dated 01/05). | | |
| BROWNING 237 | Plaintiff's 2002 Performance Evaluation (dated 01/29/03). | | |
| BROWNING 238 | Plaintiff's 2003 Performance Evaluation (dated 01/29/04). | | |
| BROWNING 239-240 | Aerotek E & E Job Posting for Senior Research Scientist/Geochemist (dated 10/17/05). | | |
| BROWNING 245 | SwRI Handbook: Equal Employment Opportunity (dated 08/01). | | |
| BROWNING 254 | Handwritten Notes re: Bobby Pabalan Hostility (dated 01/13/04). | | |
| BROWNING 255 | Handwritten Notes re: Interview of Geo Chemist Candidate/Lunch Plans (dated 01/14/04). | | |
| BROWNING 262-264 | SwRI Handbook: Time Control and Payroll Administration (dated 03/01). | | |
| BROWNING 265 | Handwritten Notes re: Evening and Weekend Work (dated 06/04/03). | | |
| BROWNING 266-267 | Guards Traffic Log for Access to Defendant's Facilities (dated 04/12/02). | | |
| BROWNING 268 | Guards Traffic Log for Access to Defendant's Facilities (dated 04/13/02). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 269-270 | Minimal Report re: Work Performed on 04/15/02. | | |
| BROWNING 271 | E-mail from English Pearcy to Bonnie Caudle re: Labor Transfer Form (dated 04/19/02). | | |
| BROWNING 272 | SwRI Request for Labor Transfer prepared by Wes Patrick (dated 04/13/02). | | |
| BROWNING 273 | SwRI Weekly Time Report for Lauren Browning (dated 04/12/02). | | |
| BROWNING 276 | Handwritten Notes re: Sick Leave (05/29/03). | | |
| BROWNING 277 | Handwritten Notes re: Discussion with English Pearcy of Travel Incident and Performance Evaluation (dated 04/19/02). | | |
| BROWNING 278 | E-mail from Michael Smith to Lauren Browning re: Salary Survey Meeting (dated 01/07/03). | | |
| BROWNING 279 | E-mail from Michael Smith to DMAC Members re: Salary Survey Reports (dated 02/05/03). | | |
| BROWNING 284 | Handwritten Notes re: Plaintiff's Visit with Tony Magaro in Personnel (dated 04/24/03). | | |
| BROWNING 285-290 | Plaintiff's Job Search Notebook (dated 05/19/04-06/14/05). | | |
| BROWNING 291-296 | Handwritten Notes re: Travel Expenses Discussions with Pat Mackin (dated 06/24/03). | | |
| BROWNING 297 | E-mail from Pat Mackin to Lauren Browning re: Travel Procedures (undated). | | |
| BROWNING 300-301 | SwRI Handbook: Performance Evaluation (dated 01/96). | | |
| BROWNING 302 | Handwritten Notes re: CNWRA Quarterly Staff Meeting (dated 07/25/03). | | |
| BROWNING 303-304 | Handwritten Notes re: Staff Evaluation Presentation (dated 07/25/03). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 305 | E-mail from Michael Smith to IMAC Group re: 2002 Staff Issues (dated 12/11/02). | | |
| BROWNING 306-308 | Questions and Answers re: Staff Issues including Performance Evaluation and Raises. | | |
| BROWNING 309 | Excerpts from SwRI Handbook Section 3.1.2 Staff Development. | | |
| BROWNING 311 | Handwritten Notes re: Conversation with English Pearcy about 2002 Performance Review (dated 03/12/03). | | |
| BROWNING 312-319 | Handwritten Notes re: Conversation with English Pearcy about 2003 Performance Evaluation (dated 02/04/04). | | |
| BROWNING 320-323 | Handwritten Notes re: English Pearcy Conversation (dated 02/10/04). | | |
| BROWNING 330 | Notes taken during phone call with English Pearcy (dated 01/30/04). | | |
| BROWNING 332 | Plaintiff's typed notes re: Early 2004 Off Site Meeting with English Pearcy re: Performance Evaluation. | | |
| BROWNING 333 | Memo to Lauren Browning's file by English Pearcy re: 04/06/04 meeting on Plaintiff's February Evaluation. | | |
| BROWNING 334-337 | CNWRA Management Staff Meeting Minutes (dated 05/21/02). | | |
| BROWNING 343 | Handwritten Notes re: Discussion with Bobby Pabalan and English Pearcy about Plaintiff's Planetary Science Collaborations. | | |
| BROWNING 345A | Plaintiff's 2000 W2 Form. | | |
| BROWNING 346A | Plaintiff's 2001 W2 Form. | | |
| BROWNING 348A | Plaintiff's 2002 W2 Form. | | |
| BROWNING 349A | Plaintiff's 2003 W2 Form. | | |
| BROWNING 350A | Plantiff's 2004 W2 Form. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 345 | E-mail from Lauren Browning to English Pearcy re: Registering for LPSC (dated 02/10/03). | | |
| BROWNING 346-347 | Guards Traffic Log re: Access to Defendant's Facilities (dated 04/14/02). | | |
| BROWNING 348-350 | Guards Traffic Log re: Access to Defendant's Facilities (dated 04/12/02). | | |
| BROWNING 351 | Guards Traffic Log re: Access to Defendant's Facilities (dated 04/13/02). | | |
| BROWNING 356-366 | Brochure re: Women at SwRI. | | |
| BROWNING 367-409 | Career Ladders and Job Guidelines Brochure (dated 06/99). | | |
| BROWNING 410-420 | U.S. Department of Labor Occupational Outlook Handbook: Environmental Scientist and Geo Scientist (dated 11/15/04). | | |
| BROWNING 421 | E-mail from Friso Veenstra re: 250 Characterizing Geo Chemical Processes Journal Article (dated 10/02/02). | | |
| BROWNING 423-425 | SwRI Educational Reimbursement Policy Implementation. | | |
| BROWNING 426-432 | E-mail from Michael Smith to IMAC Group with attachments re: Staff Issues including Salary and Promotion (dated 12/11/02). | | |
| BROWNING 438 | Memo from Asad Chowdhury to CNWRA Staff re: Management Staff Meeting (dated 05/21/02). | | |
| BROWNING 439-442 | CNWRA Information Items (dated 05/20/02). | | |
| BROWNING 434-444 | CNWRA Management Staff Meeting Agenda (dated 05/20/02). | | |
| BROWNING 450-453 | SwRI Handbook: Time Control and Payroll Administration (dated 03/01). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 454-490 | Proposal re: Quantitative Investigation of Aqueous Alteration on Mars prepared by Lauren Browning and David Pickett (dated 04/03). | | |
| BROWNING 491 | Memo from David Turner to CNWRA Staff re: Management Staff Meeting (dated 04/27/04). | | |
| BROWNING 492-496 | CNWRA Information Items (dated 04/26/04). | | |
| BROWNING 497-498 | CNWRA Management Staff Meeting Agenda (dated 04/26/04). | | |
| BROWNING 499 | Memo from Gordon Wittmeyer to CNWRA Staff re: Management Staff Meeting (dated 01/26/04). | | |
| BROWNING 500-503 | CNWRA Information Items (dated 01/26/04). | | |
| BROWNING 504-505 | CNWRA Management Staff Meeting Agenda (dated 01/26/04). | | |
| BROWNING 506 | Certificate of Achievement to Plaintiff re: Undergraduate Engineering Mathematics (dated 08/31/00). | | |
| BROWNING 507-514 | ACS 2000 Salary Survey. | | |
| BROWNING 515-520 | ACS 2001 Salary Survey. | | |
| BROWNING 521-527 | ACS 2002 Salary Survey. | | |
| BROWNING 528-535 | ACS 2003 Salary Survey. | | |
| BROWNING 536-544 | ACS 2004 Salary Survey. | | |
| BROWNING 551-558 | Plaintiff's Dental Records from John R. Huriega, DDS. | | |
| BROWNING 559-611 | Plaintiff's Department of Labor FOIA Request Results (dated 02/16/06). | | |
| EEOC 14 | Notice of Right to Sue (dated 12/29/04). | | |
| EEOC 19 | Plaintiff's Charge of Discrimination (dated 09/03/04). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 21-22 | Notice of Charge of Discrimination (dated 09/10/04). | | |
| EEOC 28-174 | Plaintiff's Rebuttal of Defendant's Response to Charge. | | |
| EEOC 28-38 | Overview of claims. | | |
| EEOC 39-40 | Appendices Cover Sheet. | | |
| EEOC 41-43 | Appendix "A": Plaintiff's Work Experience. | | |
| EEOC 44-46 | Appendix "B": Salary and Rank Comparisons. | | |
| EEOC 47-53 | Appendix "C": Analysis of Defendant's EEOC Response with supporting documents. | | |
| EEOC 54-56 | Appendix "D": Defendant's Treatment of Women. | | |
| EEOC 57-69 | Appendix "E": Planetary Sciences at CNWRA. | | |
| EEOC 62 | Personnel Application Review Comment re: Lauren Browning (dated 05/18/98). | | |
| EEOC 66 | Interview Agenda for Les Bleamaster. | | |
| EEOC 67 | Job posting for Principal Scientist (dated 08/19/04). | | |
| EEOC 68-69 | Letter from Lauren Browning to Roberto Pabalan re: Application for Employment (dated 05/08/98). | | |
| EEOC 70-72 | Appendix "F": External Salary Comparison. | | |
| EEOC 73-74 | Appendix "G": Analysis of Defendant's Claims re: Promotions. | | |
| EEOC 75-85 | Appendix "H": Analysis of Allegations of Declining Performance. | | |
| EEOC 86-97 | Appendix "I": NRC Response to Plaintiff's Demotion. | | |
| EEOC 98-170 | Appendix "J": Performance Evaluation Rebuttals and Self-Evaluations. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 171-174 | Appendix "K": Plaintiff's Analysis of Hostile Work Environment. | | |
| EEOC 176-183 | Defendant's Response to Plaintiff's Charge of Discrimination (undated). | | |
| EEOC 190 | EEOC Affidavit of Lauren Browning (dated 09/03/04). | | |
| EEOC 191-207 | Plaintiff's attachment to EEOC Charge. | | |
| EEOC 208 | Charge Questionnaire. | | |
| EEOC 209-231 | Division 20 Peronnel File for Lauren Browning. | | |
| EEOC 232-236 | Background information on SwRI. | | |
| EEOC 237 | CNWRA Org Chart (dated 04/15/04). | | |
| EEOC 238-243 | Science and Engineers Career Ladder. | | |
| EEOC 244 | SwRI Job Posting for Principal Scientist - Mars Science (dated 08/19/04). | | |
| EEOC 245 | SwRI Job Posting for Research Scientist/Geochemist (dated 07/20/04). | | |
| EEOC 246 | Note of Lauren Browning re: Publications and Presentations. | | |
| EEOC 247 | E-mail from Lauren Browning to English Pearcy re: Travel without Authorization (dated 04/12/02). | | |
| EEOC 248 | E-mail from Lauren Browning to English Pearcy re: Land and Green Space Event (dated 04/11/02). | | |
| EEOC 249 | E-mail from English Pearcy to Lauren Browning re: Attendance at Land and Green Space/GIS Event (dated 04/11/02). | | |
| EEOC 250 | E-mail from Lauren Browning to English Pearcy re: Travel without Authorization Memo (dated 04/12/02). | | |
| EEOC 251 | Memo from NRC re: Government Travel Rates for Lauren Browning (dated 10/21/02). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 252-253 | Plaintiff's 2001 Performance Evaluation (dated 01/29/02). | | |
| EEOC 254 | Additional Comments from Plaintiff re: Performance Evaluation Summary (dated 02/06/02). | | |
| EEOC 255-263 | Technical Staff Self-Evaluation Report by Lauren Browning (dated 01/23/02). | | |
| EEOC 264 | Plaintiff's 2000 Performance Evaluation Summary (dated 02/01/01). | | |
| EEOC 265-271 | Year 2000 Technical Staff Self-Evaluation Report by Lauren Browning (dated 01/22/01). | | |
| EEOC 272 | Memo from Wes Patrick to Bill Crumlett re: Response to Department of Labor Audit Question (dated 08/21/01). | | |
| EEOC 273 | Letter from Bill Crumlett to Lauren Browning re: Change in Employment Status (dated 10/10/00). | | |
| EEOC 274 | Payroll Authorization Request re: Lauren Browning (dated 10/06/00). | | |
| EEOC 275 | Memo from Wes Patrick to Tony Magaro re: Change of Employment Status for Dr. Browning (dated 10/06/00). | | |
| EEOC 276 | Payroll Authorization Request re: Browning (dated 10/06/00). | | |
| EEOC 277 | 1999 Performance Evaluation Summary for Lauren Browning (02/09/00). | | |
| EEOC 278-286 | 1999 Technical Staff Self-Evaluation Report by Lauren Browning (01/31/00). | | |
| EEOC 287 | Memo from NRC re: Government Travel Rate for Lauren Browning (dated 01/27/00). | | |
| EEOC 288 | Payroll Authorization Request for Lauren Browning re: One-Year Extension of Limited Term Contract (dated 10/09/99). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 289 | Performance Evaluation for Lauren Browning's First Six Months (dated 08/23/99). | | |
| EEOC 290-297 | Technical Staff Self-Evaluation Report for First Six Months by Lauren Browning (dated 07/23/99). | | |
| EEOC 297-314 | Minimal Report (weekly work logs) for Plaintiff's First Six Months (dated 12/98-07/05/99). | | |
| EEOC 315 | Payroll Authorization Request for Lauren Browning re: New Hire (dated 12/07/98). | | |
| EEOC 318 | Letter from Lauren Browning to Bill Crumlett re: Accepting offer of Employment (dated 09/19/98). | | |
| EEOC 319 | E-mail from Barbara James to CNWRA Management re: Receipt of Lauren Browning's Contract (dated 09/24/98). | | |
| EEOC 320 | E-mail from Wes Patrick to English Pearcy re: Browning's Acceptance of Job Offer (dated 09/17/98). | | |
| EEOC 321 | Letter from Bill Crumlett to Lauren Browning re: Offer of Employment (dated 09/14/98). | | |
| EEOC 322 | E-mail from Budhi Sagar to CNWRA Management re: Negotiation of Browning Offer (dated 09/08/98). | | |
| EEOC 324 | Payroll Authorization Request for Lauren Browning re: New Limited Term Employee (dated 12/09/98). | | |
| EEOC 325-327 | Resume of Lauren Browning (dated approx. 09/98). | | |
| EEOC 328 | Letter from J. Dan Bates to Lauren Browning re: Welcome to SwRI (dated 12/08/98). | | |
| EEOC 330 | Applicant Action Form re: Lauren Browning Interviews (dated 08/25/98). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 331-332 | Browning's Application for Employment (dated 06/25/98). | | |
| EEOC 333-334 | Browning's Transcript from University of Tennessee (dated 05/03/95). | | |
| EEOC 336-338 | Browning's Transcript from University of Texas (dated 06/26/98). | | |
| EEOC 341 | Cover Letter from Lauren Browning to Roberto Pabalan (dated 05/08/98). | | |
| EEOC 342 | Personnel Application Review Comment re: Lauren Browning (dated 05/18-06/11/98). | | |
| EEOC 343-344 | Letter from Lauren Browning from Roberto Pabalan re: Application for Employment (dated 05/08/98). | | |
| EEOC 345-346 | Letter from Jeffrey Taylor to SwRI re: Support for Lauren Browning's Application (dated 06/30/98). | | |
| EEOC 347 | Letter from Harry McSween to SwRI re: Letter of Reference for Browning (dated 06/25/98). | | |
| EEOC 351 | EEOC Request for Information re: Wages. | | |
| EEOC 356-359 | Defendant's Response re: EEOC Issue: Promotion. | | |
| EEOC 360-361 | Defendant's Response to EEOC Issue: Wages. | | |
| EEOC 362-369 | Pages 2-9 of Defendant's Response to Charge (dated 10/18/04). | | |
| EEOC 370 | Page 5 of Defendant's Response to Charge (dated 10/18/04). | | |
| EEOC 371 | Page 1 of Defendant's Response to Charge (dated 10/18/04). | | |
| EEOC 372 | List of Attachments to Defendant's Response to Charge. | | |
| EEOC 374-376 | Attachment "A": Notice of Charge and Charge of Discrimination. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 377-378 | Attachment "B": Copy of Issue: Promotion: Copy of Issue: Wages. | | |
| EEOC 379-387 | Documents re: EEOC Mediation. | | |
| EEOC 388-395 | Documents re: Hire and Termination of Plaintiff. | | |
| EEOC 396-400 | Attachment "C": Copy of Org Chart/Mission. | | |
| EEOC 401-402 | Attachment "D": Copy of Job Requisition. | | |
| EEOC 403 | Requirements for Visiting Scientist Position. | | |
| EEOC 404 | Draft Advertisement for Limited Term Geochemist. | | |
| EEOC 405-408 | Attachment "F": Copy of Change in Employment Status Documents. | | |
| EEOC 409-418 | Attachment "G": Copy of Browning Employment Application Materials. | | |
| EEOC 419-421 | Attachment "H": Previous Org Charts (dated 10/03 and 03/04). | | |
| EEOC 422-442 | Attachment "I": Salary Administration Program Manual (dated 01/02). | | |
| EEOC 443-444 | Attachment "J": Defendant's Average Salary Increase Percentages. | | |
| EEOC 445-447 | Attachment "K": Employee Profile of Lauren Browning. | | |
| EEOC 448-452 | Attachment "L": SwRI Handbook - Operating Policies and Procedures (dated 08/91) and Performance Evaluation (dated 01/96). | | |
| EEOC 453-532 | Attachment "M": Browning Performance Evaluations (1999-2004). | | |
| EEOC 532-537 | Attachment "N": Affidavit of English Pearcy (dated 10/12/04) and Wes Patrick (dated 10/12/04). | | |
| EEOC 538-553 | Attachment "O": Supervisor Notes documenting Preceived Shortcomings. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 554-555 | Attachment "P": Comparisons of Geology related Occupational Salaries (dated 09/04). | | |
| EEOC 556-558 | Attachment "Q": Defendant's Salary Ranges for 2003 and 2004. | | |
| EEOC 559-561 | Attachment "R": Defendant's Research Scientist (as of 05/21/04). | | |
| EEOC 562-587 | Attachment "S": Defendant's Career Ladders and Job Guidelines (dated 12/03). | | |
| SwRI 18-24 | SwRI Handbook Section 2.1.2: Employment Procedures dated October 2000. | | |
| SwRI 27-193 | New Employee Orientation Power Point Presentation dated January 2005. | | |
| SwRI 194-336 | New Employee Orientation Power Point Presentation dated January 1998. | | |
| SwRI 337-344 | Employee Standards of Conduct: Compliance Program Educational Materials dated October 2003. | | |
| SwRI 345-348 | Equal Employment Opportunity: Compliance Program Educational Materials dated October 2003. | | |
| SwRI 349-360 | Health and Welfare benefits description dated January 2002. | | |
| SwRI 361-362 | SwRI Continuing Education Transcript for Wesley Patrick. | | |
| SwRI 363-364 | SwRI Continuing Education Transcript for English Pearcy. | | |
| SwRI 365-366 | SwRI Continuing Education Transcript for David Pickett. | | |
| SwRI 367-368 | SwRI Continuing Education Transcript for Budhi Sagar. | | |
| SwRI 369 | SwRI Continuing Education Transcript for John Sprencel. | | |
| SwRI 370-372 | SwRI Continuing Education Transcript for Walter Downey. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 373-375 | SwRI Continuing Education Transcript for Bill Crumlett. | | |
| SwRI 376-377 | SwRI Handbook Section 2.1.4: Advancement Policies and Procedures and Salary Administration dated August 1991. | | |
| SwRI 378-379 | SwRI Handbook Section 2.1.5: Performance Evaluation dated January 1996. | | |
| SwRI 384-385 | February 26, 1997 memo to CNWRA Staff from Budhi Sagar re: staff evaluations. | | |
| SwRI 386-390 | SwRI career letters and job guidelines dated June 2001. | | |
| SwRI 391-395 | SwRI career letters and job guidelines December 2003. | | |
| SwRI 422-441 | SwRI Salary Review and Analysis Overview dated January 9, 2002. | | |
| SwRI 446-474 | August 8, 2001 memo from Bill Crumlett re: Fiscal Year 2002 salary adjustments. Attachment "A" 2002 Salary Adjustment Schedule. Attachment "B" SwRI January 2001 Salary Ranges. Attachment "C" SwRI Salary Survey Comparison by Job Title. Attachment "D" Maturity Curve. Attachment "E" Merit Increase Planning Guides. Attachment "F" SwRI Fiscal Year 2002 Calendar. | | |
| SwRI 475-490 | January 14, 2002 memo from Bill Crumlett re: Mid Fiscal Year 2002 Salary Adjustments. | | |
| SwRI 502 | SwRI Performance Evaluation Summary form. | | |
| SwRI 503 | Guidelines for the completion of SwRI Performance Evaluation Summary. | | |
| SwRI 508-509 | SwRI Handbook Section 2.1.3: Transfer between Cost Centers dated January 1991. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 515-524 | Excerpts from March 1997 Compensation Guide. | | |
| SwRI 525-528 | SwRI Handbook Section 5.1.1: Time Control and Payroll Administration dated March 2001. | | |
| SwRI 536-538 | SwRI Handbook Section 2.1.6: Termination of Employment dated July 2000. | | |
| SwRI 539-549 | SwRI Handbook Sections 2.3.2-.5 re: Insurance and Long-Term Disability. | | |
| SwRI 550-553 | Excerpts from SwRI Career Ladders and Job Guidelines dated June 2001. | | |
| SwRI 554-559 | SwRI Employees Codes Reference Table dated February 2002. | | |
| SwRI 583-608 | July 8, 2002 memo from Bill Crumlett re: Fiscal Year 2003 Salary Adjustments. Attachment "A" Fiscal Year 2003 Salary Adjustment Schedule. Attachment "B" SwRI Salary Ranges for 2002. Attachment "C" SwRI Salary Survey Comparisons by Job Title. Attachment "D" Maturity Curve. Attachment "E" Merit Increase Planning Guide. Attachment "F" SwRI Fiscal Year 2003 Calendar. | | |
| SwRI 609-626 | January 14, 2003 memo from Bill Crumlett re: Mid Fiscal Year 2003 Salary Adjustments. Attachment "A" January 2003 SwRI Salary Ranges. Attachment "B" 2002 Watson Wyatt Maturity Curves. Attachment "C" Merit Increase Planning Guide. Attachment "D" SwRI Fiscal Year 2003 Calendar. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 627-639 | January 9, 2004 memo from Bill Crumlett re: Mid Fiscal Year 2004 Salary Adjustments. Attachment "A" 2004 Salary Ranges. Attachment "B" Merit Increase Planning Guide. Attachment "C" SwRI Fiscal Year 2004 Calendar. | | |
| SwRI 640-659 | July 9, 2003 memo from Bill Crumlett re: Fiscal Year 2004 Salary Adjustments. Attachment "A" 2004 Salary Adjustment Schedule. Attachment "B" SwRI Salary Survey Comparisons by Job Title. Attachment "C" Maturity Curve. Attachment "D" Merit Increase Planning Guide. Attachment "E" SwRI Fiscal Year 2004 Calendar. | | |
| SwRI 653 | Escalation Factors for surveys used in salary comparisons. | | |
| SwRI 663-665 | Employee Information Sheet for Lauren Browning. | | |
| SwRI 666 | Professional Bio for Lauren Browning. | | |
| SwRI 667 | August 1999 Performance Evaluation for Lauren Browning. | | |
| SwRI 668-692 | Technical Staff Self Evaluation Report (dated 07/23/99). | | |
| SwRI 723-724 | 2002 Performance Evaluation Summary for Lauren Browning (dated 01/29/03). | | |
| SwRI 725-732 | 2002 Technical Staff Self Evaluation Report by Lauren Browning (dated 01/21/03). | | |
| SwRI 733-734 | 2003 Performance Evaluation Summary for Lauren Browning (dated 01/29/04). | | |
| SwRI 735 | 2003 Performance Evaluation Summary Rebuttal by Lauren Browning (dated 02/11/04). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 736-744 | 2003 Technical Staff Self Evaluation Report by Lauren Browning (dated 01/19/04). | | |
| SwRI 757 | Payroll Authorization Request for Lauren Browning (dated 05/17/04). | | |
| SwRI 758 | Resignation Letter of Lauren Browning (dated 05/10/04). | | |
| SwRI 759 | Letter from John W. McLeod, General Counsel to Lauren Browning re: departure as SwRI employee (dated 06/23/04). | | |
| SwRI 761 | Payroll Authorization Request for Lauren Browning re: status change to regular full time employee (dated 10/06/02). | | |
| SwRI 762-764 | Contract of Employment for Regular Employee signed by Lauren Browning (dated 10/18/00). | | |
| SwRI 765 | Letter from Bill Crumlett to Lauren Browning re: change in status (dated 10/10/00). | | |
| SwRI 766 | Memo from Wes Patrick to Tony Magaro re: change of employment status for Dr. Lauren B. Browning (dated 10/06/00). | | |
| SwRI 767 | E-mail from Wes Patrick to Tony Magaro re: change in Geochemist position description (dated 09/29/00). | | |
| SwRI 768 | Payroll Authorization Request for Lauren Browning re: extension of limit term contract until 12/08/00 (dated 10/15/99). | | |
| SwRI 769 | Payroll Authorization Request for Lauren Browning re: employment of Browning for limited one year contract (dated 12/07/98). | | |
| SwRI 770-772 | Contract of employment for regular employee signed by Lauren Browning on 09/18/98, signed by Bill Crumlett (dated 12/07/98). | | |
| SwRI 773-774 | SwRI Employee Standards of Conduct Acknowledgment for 2002 and 1998. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 775 | Application Action Form re: Lauren Browning (dated 07/02/98). | | |
| SwRI 776 | Personal Requisition Form re: Lauren Browning (dated 02/09/98). | | |
| SwRI 777 | Environmental, fiscal, and other requirements re: visiting scientist position (undated). | | |
| SwRI 778 | Draft advertisement for limited term Geochemist (undated). | | |
| SwRI 779 | Letter from J. Dan Bates to Lauren Browning re: employment as research scientist at SwRI (dated 12/08/98). | | |
| SwRI 785 | E-mail from Barbara James to English Pearcy and Wes Patrick re: Lauren Browning salary negotiation (dated 08/31/98). | | |
| SwRI 787 | Letter from Lauren Browning to Bill Crumlett re: acceptance of employment offer (dated 09/19/98). | | |
| SwRI 788 | SwRI Applicant Pre-employment Checklist (dated 12/08/98). | | |
| SwRI 795 | Letter from Lauren Browning to Barbara James re: letters of recommendation (dated 06/27/98). | | |
| SwRI 798 | Telephone or verbal conversation records re: application of Lauren Browning (dated 07/22/98). | | |
| SwRI 799 | SwRI Academic Verification for Lauren Browning (dated 08/27/98). | | |
| SwRI 800 | Driver Record Service Report re: Lauren Browning (dated 08/31/98). | | |
| SwRI 801 | SwRI Release of Information for Pre-employment Drug Screening (dated 08/18/98). | | |
| SwRI 802-817 | Browning's Application for SwRI Salary Staff Position, including Resume and Transcript (dated 06/25/98). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 818-819 | SwRI Application Data Form. | | |
| SwRI 820 | Professional Personnel Qualification and Training Record re: Lauren Browning (dated 09/15/03). | | |
| SwRI 821 | Professional Personnel Qualification re: Lauren Browning (dated 08/26/98). | | |
| SwRI 822-823 | Procedure Identification and Training re: Lauren Browning (dated 09/03/02). | | |
| SwRI 824-825 | Procedure Identification and Training re: Lauren Browning (dated 09/06/01). | | |
| SwRI 826 | CNWRA Certificate to Lauren Browning re: technical specialist audit observation training (dated 07/05/00). | | |
| SwRI 827-828 | Procedure Identification and Training re: Lauren Browning (dated 02/19/04). | | |
| SwRI 829-835 | List of Publications authored or contributed to by Lauren Browning. | | |
| SwRI 836 | Exit Interview re: Lauren Browning (dated 05/21/04). | | |
| SwRI 838 | Payroll Authorization Request re: Lauren Browning resignation (dated 05/21/04). | | |
| SwRI 842 | E-mail from Wes Patrick to English Pearcy re: Browning acceptance (dated 09/17/98). | | |
| SwRI 843 | E-mail from Budhi Sagar to Wes Patrick, et al. re: negotiation of L. Browning offer (dated 09/08/98). | | |
| SwRI 844 | E-mail from Wes Patrick to Barbara James re: negotiation of Lauren Browning's salary (dated 08/31/98). | | |
| SwRI 850 | Memo to Service Vendor from Barbara Meehan re: official travel of government contractor (Browning) (dated 10/21/02). | | |
| SwRI 852 | Interview Agenda for Lauren Browning. | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 854 | Interim feedback on performance of Lauren Browning (dated 03/19/04). | | |
| SwRI 855 | Memo to Lauren Browning file by English Pearcy (dated 04/06/04). | | |
| SwRI 856 | E-mail from English Pearcy to Lauren Browning re: bi-weekly reports (dated 04/12/04). | | |
| SwRI 857-858 | Draft memorandum from English Pearcy to Lauren Browning re: follow-up on performance evaluation (dated 03/18/04). | | |
| SwRI 859 | Weekly Yucca Mountain Team Meeting Agenda (dated 02/11/04). | | |
| SwRI 860 | E-mail from Pat Mackin to Wes Patrick re: travel for L. Browning (dated 06/24/03). | | |
| SwRI 861 | E-mail from Pat Mackin to Lauren Browning re: travel procedures (dated 06/25/03). | | |
| SwRI 862-863 | E-mails between Wes Patrick and Jack Fernandi re: labor transfer - L. Browning (dated 04/25/02). | | |
| SwRI 864 | SwRI Electronic Timekeeping System re: Lauren Browning week starting 04/06/02. | | |
| SwRI 865 | Note to file by English Pearcy re: discussion with L. Browning of collaborative work between Division I and II (dated 04/24/02). | | |
| SwRI 866 | Note to file by English Pearcy re: Browning time card (dated 04/19/02). | | |
| SwRI 867 | E-mail from English Pearcy to Lauren Browning re: labor transfer form (dated 04/19/02). | | |
| SwRI 872-873 | Memo from Lauren Browning to English Pearcy re: KTI Agreement Item Status. | | |
| SwRI 874-876 | E-mails between English Pearcy and Lauren Browning re: FY 2002 Capital Request (dated 07/16/01). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 877 | E-mail from Lauren Browning to Wes Patrick re: Mars initiative with handwritten notes (dated 05/21/01). | | |
| SwRI 878-944 | Personnel file of Walter Illman. | | |
| SwRI 945-1053 | Personnel file of David Pickett. | | |
| SwRI 1054-1158 | Personnel file for James Prikryl. | | |
| SwRI 1159-1160 | Employee Salary Info re: Lauren Browning 1998-2004 (dated 10/31/05). | | |
| SwRI 1161 | Employee Salary Info re: James Prikryl 09/97-2005 (dated 10/31/05). | | |
| SwRI 1162-1164 | Staff Transfer Policy (dated 12/03). | | |
| SwRI 1165-1166 | Transfers between Cost Centers (dated 01/91). | | |
| SwRI 1171-1172 | Termination of Employment (dated 07/00). | | |
| SwRI 1173-1183 | Overview of Staff Performance Evaluation Process - Power Point Presentation (dated 07/25/03). | | |
| SwRI 1184-1190 | Employment Procedures (dated 10/00). | | |
| SwRI 1191-1194 | Classification of Employees (dated 10/99). | | |
| SwRI 1196-1198 | Expense Accounts (dated 06/03). | | |
| SwRI 1199-1204 | SwRI Handbook: Travel Polices (dated 06/03). | | |
| SwRI 1205-1207 | Attachment to OPP5.3.1 Description of Optional Insurance Coverage Types offered by Vehicle Rental Agencies (dated 06/03). | | |
| SwRI 1208 | SwRI Travel Authorization Form. | | |
| SwRI 1209-1211 | SwRI Handbook: Travel Policies (dated 06/98). | | |
| SwRI 1212-1213 | Attachment to OPP5.3.1 Description of Optional Insurance Coverage Types offered by Vehicle Rental Agencies (dated 06/98). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1214 | SwRI Handbook: Corporate Card Program (dated 03/02). | | |
| SwRI 1215-1216 | SwRI Handbook: Corporate Card Program (dated 12/97). | | |
| SwRI 1217-1220 | SwRI Handbook: Time Control and Payroll Administration (dated 03/01). | | |
| SwRI 1221 | SwRI Handbook: Internal Research and Development Program (dated 12/99). | | |
| SwRI 1222-1245 | SwRI Internal Research and Development Program Description and Guidelines for Applicant (dated 03/05). | | |
| SwRI 1246-1252 | SwRI Handbook: Staff Development (dated 02/04). | | |
| SwRI 1253-1258 | SwRI Handbook: Staff Development (dated 01/03). | | |
| SwRI 1261 | Org Chart for CNWRA (dated 03/17/04). | | |
| SwRI 1262 | Org Chart for CNWRA (dated 10/10/03). | | |
| SwRI 1263 | Org Chart for CNWRA (dated 07/11/03). | | |
| SwRI 1264 | Org Chart for CNWRA (dated 04/10/03). | | |
| SwRI 1265 | Org Chart for CNWRA (dated 04/07/03). | | |
| SwRI 1266 | Org Chart for CNWRA (dated 06/14/02). | | |
| SwRI 1267 | Org Chart for CNWRA (dated 03/06/02). | | |
| SwRI 1268-1271 | SwRI Employee Benefits. | | |
| SwRI 1272-1276 | SwRI Handbook: Personal Leave, Holidays, and other Leave (dated 04/03). | | |
| SwRI 1277-1281 | SwRI Handbook: Personal Leave, Holidays, and other Leave (dated 08/01). | | |
| SwRI 1282 | SwRI Handbook: Required Employee Insurance Programs (dated 02/97). | | |
| SwRI 1283-1286 | SwRI Handbook: Sick Leave, Medical Emergency Leave, Maturity and Adoption and Bereavement Leave (dated 06/03). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1287-1290 | SwRI Handbook: Sick Leave, Medical Emergency Leave, Maturity and Bereavement Leave (dated 09/02). | | |
| SwRI 1291-1292 | SwRI Handbook: Sick/Emergency Leave (03/98). | | |
| SwRI 1293-1298 | SwRI Handbook: Occupational Injury or Illness (dated 09/03). | | |
| SwRI 1299-1301 | SwRI Handbook: Occupational Injury or Illness (dated 09/98). | | |
| SwRI 1302-1306 | SwRI Handbook: Retirement Benefits (dated 04/03). | | |
| SwRI 1307-1308 | SwRI Handbook: Voluntary Health Care and Insurance Programs (dated 04/03). | | |
| SwRI 1309-1310 | SwRI Handbook: Voluntary Health Care and Insurance Programs (dated 02/97). | | |
| SwRI 1319-1320 | SwRI Handbook: Section 125 Plan (Cafeteria Plan) (dated 07/03). | | |
| SwRI 1321-1322 | SwRI Handbook: Section 125 Plan (dated 02/97). | | |
| SwRI 1328-1331 | SwRI Handbook: Employee Assistance Program (dated 01/03). | | |
| SwRI 1332-1334 | SwRI Handbook: Employee Assistance Program (dated 12/99 reissued). | | |
| SwRI 1335 | Benefit Change Form for Lauren Browning (dated 12/31/02). | | |
| SwRI 1336 | Benefit Change Form for Lauren Browning (dated 01/01/02). | | |
| SwRI 1337 | Beneficiary Change for Lauren Browning (dated 11/20/01). | | |
| SwRI 1338 | Benefit Change for Lauren Browning (dated 01/01/01). | | |
| SwRI 1339 | Benefit Change for Lauren Browning (dated 07/16/99). | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1340-1341 | Benefit Sign-up re: Lauren Browning (dated 12/15/98). | | |
| SwRI 1342 | Payroll Deductions. | | |
| SwRI 1343-1348 | Value of Institute Benefits for 2004. | | |
| SwRI 1349 | Paid Time Off Program Calculations for Calendar Year 2005. | | |
| SwRI 1350 | Other Benefit Calculations. | | |
| SwRI 1356-1360 | SwRI Handbook: Retirement Benefits (dated 12/99). | | |
| SwRI 1410-1436 | SwRI Consolidated Financial Statement for years ended 09/24/04 and 09/26/03 by Ernest and Young. | | |
| SwRI 1437-1443 | Excerpts from CNWRA Strategic Plan re: Vision Six (dated 07/01). | | |
| SwRI 1444-1451 | Excerpts from CNWRA Strategic Plan re: Vision Seven (dated 12/02). | | |
| SwRI 1452-1463 | Excerpts from CNWRA Five Year Strategic Plan (dated 01/04). | | |

Respectfully submitted,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax: (214) 720-2291

By: _____
Hal K. Gillespie
State Bar No. 07925500
M. Jeanette Fedele
State Bar No. 24040887

ATTORNEYS FOR PLAINTIFF
LAUREN BROWNING

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this the ___3 day of March 2006, in the following manner to:

Cynthia Michelle Benedict
Stephen J. Romero
Fulbright & Jaworski
300 Convent Street, #2200
San Antonio, TX 78205

```
_____/ Hand-Delivery
_____✓ U.S. Mail, postage pre-paid
_____ Certified Mail, Return Receipt Requested
_____ Overnight Express Mail/Federal Express
_____ Telecopier
```

*Via E-Mail*
Steve Baughman Jensen
BARON AND BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
sjensen@baronbudd.com

*Via E-Mail*
Adele P. Kimmel
TRIAL LAWYERS FOR PUBLIC JUSTICE, P.C.
1717 Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20036
AKIMMEL@TLPJ.ORG

*Via E-Mail*
Malinda A.Gaul
Law Offices of Gaul and Dumont
105 South Street Mary's, Suite 950
San Antonio, Texas 78205
malindag@swbell.net

M. Jeanette Fedele