IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2006 APR -4 AM 10: 03
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| LAUREN BROWNING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. SA-05-CA-0245-FB |
| | § | |
| SOUTHWEST RESEARCH INSTITUTE, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S DESIGNATION OF POTENTIAL WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Scheduling Order of November 18, 2005, Defendant Southwest Research Institute submits Defendant's Designation of Potential Witnesses. Defendant reserves the right to amend and/or supplement this list pursuant to Fed. R. Civ. P. 26(a)(3)(c) after discovery in this matter has been completed.

    William Beckham
    SwRI
    c/o counsel, Cynthia M. Benedict
    Fulbright & Jaworski L.L.P.
    300 Convent Street, Suite 2200
    San Antonio, TX 78205
    (210) 224-5575

    John Bradbury
    U.S. Nuclear Regulatory Commission
    One White Flint North
    11555 Rockville Pike
    Mail Stop: 7727
    Rockville, Maryland 20852
    (301) 415-6597

31089035.2/10506983



David Brooks
U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Mail Stop: 7727
Rockville, Maryland 20852
(301) 415-7284

Lauren Browning, Ph.D.
c/o Hal Gillespie
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204
(214) 720-2009

Bill Bourcier
Lawrence Livermore National Laboratory
7000 East Avenue
Mail Stop: L-221
Livermore, CA 94550
(925) 423-3745

Peter Bryant
Plaintiffs Husband
9014 Saddle Trail
San Antonio, TX 78255
(210) 698-0524

Shannon Casey
Sandia National Laboratories
4100 National Parks Highway
Carlsbad, New Mexico 88220

Rui Chen
P.O. Box 792
Chico, CA 95927

Gustavo Cragnolino
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Bill Crumlett
SWRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

William Dam
U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Mail Stop: 7727
Rockville, Maryland 20852

Cynthia Dinwiddie
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Walt Downing
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

David Esh
U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Mail Stop: 7J8
Rockville, Maryland 20852
(301) 415-6705

Randall Fedors
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

David W. Griffin, Ph.D., Director
LECG
1608 Walnut Street, Suite 1200
Philadelphia, PA 19103
(215) 546-4950

Gregory Hatchett
U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Mail Stop: 16C1
Rockville, Maryland 20852
(301) 415-1827

Joan G. Haworth, Ph.D.
ERS Group
4901 Tower Court
Tallahassee, FL 32303
(850) 562-1211

Rolland Hellmann
Geochemical Transactions Associate Editor
Laboratoire de Geophysique Interne et Tectonophysique
Suite 1N01,2 Huntington Quadrangle
Melville, NY 11747-4502
(516) 576-2403

Melissa Hill
University of South Florida
Karst Research Group
4202 E. Fowler Ave., SCA 528
Tampa, Florida 33620
(813) 974-8751

Debra Hughson
National Parks Service
Mohave Desert National Preserve

Dr. John R. Huriega, DDS
8235 Fredericksburg Rd.
San Antonio, TX 78229
(210) 616-0858

Walter Illman
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Barbara James
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Miriam Juckett
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Sharon Kelly, Ph.D.
ERS Group
4901 Tower Court
Tallahassee, FL 32303
(850) 562-1211

Custodian of Records for
Keramont Corporation
4231 South Freemont Ave.
Tucson, Arizona 85714

Bret Leslie
U.S. Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Mail Stop: 7727
Rockville, Maryland 20852
(301) 415-6652

Custodian of Records for
Lunar and Planetary Institute
3600 Bay Area Blvd.
Houston, Texas 77058
(281) 486-2180

Bruce Mabrito
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
9210) 224-5575

Patrick Mackin
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Tony Magaro
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Chandrika Manepally
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Jude McMurry
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

William M. Murphy
P.O. Box 792
Chico, CA  95927

Custodian of Records for
National Aeronautics & Space Administration (NASA)
Electron Beam Laboratory
2101 NASA Parkway, Mail Code AL, Legal Dept.
Houston, Texas  77058
(281) 483-3021

Marius Necsoiu
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Dr. Roberto Pabalan
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Scott Painter
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Dr. Wesley Patrick
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Dr. English C. Pearcy
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Custodian of Records
Kay Pennington
Therapist

Dr. David Pickett
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Dr. Jeffrey Pickens, MD
Leon Springs Family Practice
24165 W IH 10, #118
San Antonio, TX 78257-1160
(210) 698-7777

Roe Porche
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

James Prikryl
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210)224-5575

Art Ramos
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Dr. Budhi Sagar
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Custodian of Records for
Sandia National Laboratories
P.O. Box 5800
MS-0141, Legal Department
Albuquerque, New Mexico 87185-0141
(505) 234-0026

Custodian of Records for
Service Employee's International Union
1405 N. Main, Ste. 200
San Antonio, Texas 78212
(210) 225-1967

Michael Smith
Pacific Northwest National Laboratory
P.O. Box 999
Richland, WA 99352
(888) 375-7665

Dr. Narasi Sridhar
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Simcha Stroes-Gascoynes
Plaintiff will supplement

Dr. Jeffrey Taylor
University of Hawaii
2525 Correa Rd.
Honolulu, Hawaii 96822
(808) 956-3899

Custodian of Records for
Texas Industrial Areas Foundation
1106 Clayton, Ste. 120-W
Austin, Texas 78723
(512) 459-6551

Custodian of Records for
TEXPIRG (Texas Public Interest Research Group)
700 West Avenue, #100
Austin, Texas 78701-2727
(512) 479-7287

"Potential Employer"
TexPIRG
1604 ½ San Antonio Street
Austin, Texas 78701

Stephanie Thomas, Ph.D., Managing Director
LECG
1608 Walnut Street, Suite 1200
Philadelphia, PA 19103
(215) 546-4950

Rick Trilsch
U.S. PIRG Administrative Director
218 D Street, SE
Washington, D.C. 20003-1900

David Turner
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Custodian of Records for
University of Hawaii at Manoa
School of Ocean, Earth Science and Technology
2525 Correa Road
Honolulu, Hawaii 96822
(808) 956-5066

Custodian of Records for
University of Texas at Austin – GEO
1 Science Department
P.O. Box 8179
Austin, Texas 78713-8179
(512) 471-1534

James Winterle
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Danielle Wyrick
SwRI
c/o counsel, Cynthia M. Benedict
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
(210) 224-5575

Norm Yen
Service Employee's International Union
Houston, Texas and/or
123 S. Flores
San Antonio, Texas 78204

Dr. Michael Zolensky
NASA
Johnson Space Center
Mail Code KT
Houston, Texas 77058
(281) 483-5128

Dated: April 4, 2006

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

Respectfully submitted,

*[signature]*

Cyndi M. Benedict
State Bar No. 03322000
Stephen J. Romero
State Bar No. 24046756
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Counsel for Defendant
SOUTHWEST RESEARCH INSTITUTE

## CERTIFICATE OF SERVICE

This pleading, Defendant's Designation of Potential Witnesses, was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on Monday, April 3, 2006.

Hal K. Gillespie, Esq.
M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley & Jones, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204

Ms. Malinda Gaul
Gaul and Dumont
111 Soledad, Suite 725
San Antonio, TX 78205

_____
Cyndi M. Benedict