FILED

2006 APR -4  AM 10: 04

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAUREN BROWNING,                §<br>                                §<br>    Plaintiff,                    §<br>                                §<br>v.                              §    Civil Action No. SA-05-CA-0245-FB<br>                                §<br>SOUTHWEST RESEARCH INSTITUTE,   §<br>                                §<br>    Defendant.                   § | |

### DEFENDANT'S DESIGNATION OF PROPOSED EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Scheduling Order of November 18, 2005, Defendant Southwest Research Institute submits the following designation of proposed exhibits. Defendant reserves the right to amend and/or supplement this list pursuant to Fed. R. Civ. P. 26(a)(3)(c) after discovery in this matter has been completed.

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 171-172 | Handwritten notes of Lauren Browning regarding conversation between Lauren Browning and English Pearcy on 01/31/03, dated 02/01/03 | | |
| BROWNING 191 | Letter from Lauren Browning to Norm Yen, Service Employee's International Union dated 06/17/05 | | |
| BROWNING 191-193 | Letter from Lauren Browning to Norm Yen, Service Employee's International Union dated 06/17/05 with attachment re: Janitors: Strength in Numbers | | |
| BROWNING 194-198 | Resume of Lauren Browning | | |

31089585.3/10506983



| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| BROWNING 199 | Letter from Lauren Browning to US PIRG Administrative Director re: Application for Employment (dated 06/25/05) | | |
| BROWNING 200 | Letter from Lauren Browning to Tex PIRG re: Application for Employment (dated 05/10/04): | | |
| BROWNING 201 | Letter from Lauren Browning to Sandia National Laboratories re: Application for Employment (dated 04/13/05) | | |
| BROWNING 239 | Aerotek E & E Job Posting for Senior Research Scientist/Geochemist (dated 10/17/05) | | |
| BROWNING 274 | Handwritten notes of Lauren Browning re: April 2002 Incident dated 02/11/03 | | |
| BROWNING 276 | Handwritten notes of Lauren Browning re: Permissible sick leave? Dated 05/29/03 | | |
| BROWNING 277 | Handwritten notes of Lauren Browning dated 04/19/02 | | |
| BROWNING 279 | E-mail from Michael Smith to DMAC Members re: Salary Survey Reports (dated 02/05/03) | | |
| BROWNING 332 | Plaintiffs typed notes re: April 6, 2004 Meeting with English Pearcy | | |
| BROWNING 333 | Memo to Lauren Browning's file by English Pearcy re: April 6, 2004 Meeting with English Pearcy | | |
| BROWNING 345 | Plaintiff's 2000 W2 Form | | |
| BROWNING 346 | Plaintiff's 2001 W2 Form | | |
| BROWNING 348 | Plaintiff's 2002 W2 Form | | |
| BROWNING 349 | Plaintiff's 2003 W2 Form | | |
| BROWNING 350 | Plaintiff's 2004 W2 Form | | |
| BROWNING 356-366 | Brochure re: Women at SwRI | | |
| EEOC 14 | Notice of Right to Sue (dated 12/29/04) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 19 | Plaintiffs Charge of Discrimination (dated 09/03/04) | | |
| EEOC 21 | Notice of Charge of Discrimination (dated 09/10/04) | | |
| EEOC 62 | Personnel Application Review Comment re: Lauren Browning (dated 05/18/98) | | |
| EEOC 66 | Interview Agenda for Les Bleamaster | | |
| EEOC 67 | Job posting for Principal Scientist (dated 08/19/04) | | |
| EEOC 68-69 | Letter from Lauren Browning to Roberto Pabalan re: Application for Employment (dated 05/08/98) | | |
| EEOC 70-72 | Appendix "F": External Salary Comparison | | |
| EEOC 73-74 | Appendix "G": Analysis of Defendant's Claims re: Promotions | | |
| EEOC 86-97 | Appendix "I": NRC Response to Plaintiff's Demotion | | |
| EEOC 98-170 | Appendix "J": Performance Evaluation Rebuttals and Self-Evaluations | | |
| EEOC 176-183 | Defendant's Response to Plaintiff's Charge of Discrimination | | |
| EEOC 185 | Emails to and from Lauren Browning and Sheila Ward-Reyes, EEOC re: meeting, dated 10/08/04, 10/11/04 and 10/13/04 | | |
| EEOC 189 | Letter from Sheila Ward-Reyes, EEOC to Lauren Browning dated 09/30/04 | | |
| EEOC 208 | Charge Questionnaire | | |
| EEOC 272 | Memo from Wes Patrick to Bill Crumlett re: Response to Department of Labor Audit Question (dated 08/21/01) | | |
| EEOC 343-344 | Letter from Lauren Browning from Roberto Pabalan re: Application for Employment (dated 05/08/98) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| EEOC 374-376 | Attachment "A": Notice of Charge and Charge of Discrimination | | |
| EEOC 446 | Attachment "K": Employee Profile of Lauren Browning | | |
| EEOC 540 | Handwritten notes of English Pearcy of meeting with Lauren Browning dated 02/06/04 | | |
| EEOC 541 | Weekly Yucca Mountain Team Meeting Agenda dated 02/11/04 | | |
| EEOC 546 | Handwritten notes of English Pearcy of meeting with Lauren Browning dated 01/10/02 | | |
| EEOC 560-561 | CNWRA Research Scientists as of 05/21/04 | | |
| SwRI 1-5 | SwRI Equal Employment Opportunity Policy Statements for January 2000 – January 2004 | | |
| SwRI 6 | SwRI Complaint Procedure revised 01/2003 | | |
| SwRI 7 | SwRI Sexual Harassment Policy revised 01/2003 | | |
| SwRI 8-12 | SwRI Employee Standards of Conduct Handbook Policy 1.1.4 dated June 2002 | | |
| SwRI 13-15 | SwRI Employee Standards of Conduct Handbook Policy 1.1.4 dated Feb. 1998 | | |
| SwRI 16-17 | SwRI Equal Employment Opportunity Handbook Policy 2.1.1 dated Aug. 2001 | | |
| SwRI 18-24 | SwRI Employment Procedures Handbook Policy Section 2.2.1 dated October 2000 | | |
| SwRI 25-26 | SwRI Complaint Policy and Procedure Handbook Policy Section 2.1.8 dated Jan. 1996 | | |
| SwRI 27-193 | New Employee Orientation Power Point Presentation dated January 2005 | | |
| SwRI 194-334 | New Employee Orientation Power Point Presentation dated January 1998 | | |
| SwRI 335 | SwRI Guide to Employment Orientation, Part I checklist | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 336 | SwRI Guide to Employment Orientation, Part II checklist | | |
| SwRI 337-344 | Employee Standards of Conduct: Compliance Program Educational Materials dated October 2003 | | |
| SwRI 345-348 | Equal Employment Opportunity: Compliance Program Educational Materials dated October 2003 | | |
| SwRI 349-360 | Health and Welfare benefits description dated January 2002 | | |
| SwRI 361-362 | SwRI Continuing Education Transcript for Wesley Patrick | | |
| SwRI 363-364 | SwRI Continuing Education Transcript for English Pearcy | | |
| SwRI 365-366 | SwRI Continuing Education Transcript for David Pickett | | |
| SwRI 367-368 | SwRI Continuing Education Transcript for Budhi Sagar | | |
| SwRI 369 | SwRI Continuing Education Transcript for John Sprencel | | |
| SwRI 370-372 | SwRI Continuing Education Transcript for Walter Downing | | |
| SwRI 373-375 | SwRI Continuing Education Transcript for Bill Crumlett | | |
| SwRI 376-377 | SwRI Handbook Section 2.1.4: Advancement Policies and Procedures and Salary Administration dated August 1991 | | |
| SwRI 378-379 | SwRI Handbook Section 2.1.5: Performance Evaluation dated January 1996 | | |
| SwRI 380-383 | SwRI Classification of Employees Handbook Policy 2.2.1 dated Oct. 1999 | | |
| SwRI 384-385 | February 26, 1997 memo to CNWRA Staff from Budhi Sagar re: staff evaluations | | |
| SwRI 386-390 | SwRI career letters and job guidelines dated June 2001 | | |
| SwRI 391-395 | SwRI career letters and job guidelines December 2003 | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 396-561 | SwRI Salary Administration Program dated January 2002 (including all Appendices A-O as produced) | | |
| SwRI 562-582 | January 14, 2002 memo from Bill Crumlett re: Mid Fiscal Year 2002 Salary Adjustments (including Salary Ranges, Watson Wyatt Maturity Curves, Fiscal Year 2003 Planning Calendar) | | |
| SwRI 583-608 | July 8, 2002 memo from Bill Crumlett re: Fiscal Year 2003 Salary Adjustments<br>Attachment "A" Fiscal Year 2003 Salary Adjustment Schedule<br>Attachment "B" SwRI Salary Ranges for 2002<br>Attachment "C" SwRI Salary Survey Comparisons by Job Title<br>Attachment "D" Maturity Curve<br>Attachment "E" Merit Increase Planning Guide<br>Attachment "F" SwRI Fiscal Year 2003 Calendar | | |
| SwRI 609-626 | January 14, 2003 memo from Bill Crumlett re: Mid Fiscal Year 2003 Salary Adjustments<br>Attachment "A" January 2003 SwRI Salary Ranges<br>Attachment "B" 2002 Watson Wyatt Maturity Curves<br>Attachment "C" Merit Increase Planning Guide<br>Attachment "D" SwRI Fiscal Year 2003 Calendar | | |
| SwRI 627-639 | January 9, 2004 memo from Bill Crumlett re: Mid Fiscal Year 2004 Salary Adjustments<br>Attachment "A" 2004 Salary Ranges<br>Attachment "B" Merit Increase Planning Guide<br>Attachment "C" SwRI Fiscal Year 2004 Calendar | | |

31089585.3

- 6 -

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 640-659 | July 9, 2003 memo from Bill Crumlett re: Fiscal Year 2004 Salary Adjustments<br>Attachment "A" 2004 Salary Adjustment Schedule<br>Attachment "B" SwRI Salary Survey Comparisons by Job Title<br>Attachment "C" Maturity Curve<br>Attachment "D" Merit Increase Planning Guide<br>Attachment "E" SwRI Fiscal Year 2004 Calendar | | |
| SwRI 666 | Professional Bio for Lauren Browning | | |
| SwRI 667 | August 1999 Performance Evaluation for Lauren Browning | | |
| SwRI 668-692 | Technical Staff Self Evaluation Report (dated 07/23/99) | | |
| SwRI 693 | February 2000 Performance Evaluation Summary for Lauren Browning | | |
| SwRI 694-702 | Technical Staff Self-Evaluation Report (dated 01/31/00) | | |
| SwRI 703 | February 2001 Performance Evaluation Summary for Lauren Browning | | |
| SwRI 704-710 | Technical Staff Self-Evaluation Report (dated 01/22/01) | | |
| SwRI 711-713 | January 2002 Performance Evaluation Summary for Lauren Browning | | |
| SwRI 714-722 | Technical Staff Self Evaluation Report (dated 01/25/02) | | |
| SwRI 723-724 | 2002 Performance Evaluation Summary for Lauren Browning (dated 01/29/03) | | |
| SwRI 725-732 | 2002 Technical Staff Self Evaluation Report by Lauren Browning (dated 01/21/03) | | |
| SwRI 733-734 | 2003 Performance Evaluation Summary for Lauren Browning (dated 01/29/04) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 735 | 2003 Performance Evaluation Summary Rebuttal by Lauren Browning (dated 02/11/04) | | |
| SwRI 736-744 | 2003 Technical Staff Self Evaluation Report by Lauren Browning (dated 01/19/04) | | |
| SwRI 757 | Payroll Authorization Request for Lauren Browning (dated 05/17/04) | | |
| SwRI 758 | Resignation Letter of Lauren Browning (dated 05/10/04) | | |
| SwRI 759 | Letter from John W. McLeod, General Counsel to Lauren Browning re: departure as SwRI employee (dated 06/23/04) | | |
| SwRI 760 | SwRI Authorization to Disclose Information with handwritten note of Lauren Browning: decline to sign dated 05/21/04 | | |
| SwRI 761 | Payroll Authorization Request for Lauren Browning re: status change to regular full time employee (dated 10/06/02) | | |
| SwRI 762-764 | Contract of Employment for Regular Employee signed by Lauren Browning (dated 10/18/00) | | |
| SwRI 765 | Letter from Bill Crumlett to Lauren Browning re: change in status (dated 10/10/00) | | |
| SwRI 766 | Memo from Wes Patrick to Tony Magaro re: change of employment status for Dr. Lauren B. Browning (dated 10/06/00) | | |
| SwRI 767 | E-mail from Wes Patrick to Tony Magaro re: change in Geochemist position description (dated 09/29/00) | | |
| SwRI 768 | Payroll Authorization Request for Lauren Browning re: extension of limit term contract until 12/08/00 (dated 10/15/99) | | |
| SwRI 769 | Payroll Authorization Request for Lauren Browning re: employment of Browning for limited one year contract (dated 12/07/98) | | |
| SwRI 770-772 | Contract of employment for regular employee signed by Lauren Browning on 09/18/98, signed by Bill Crumlett (dated 12/07/98) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 773-774 | SwRI Employee Standards of Conduct Acknowledgment for 2002 and 1998 | | |
| SwRI 775 | Applicant Action Form re: Lauren Browning (dated 07/02/98) | | |
| SwRI 776 | Personal Requisition Form re: Lauren Browning (dated 02/09/98) | | |
| SwRI 777 | Environmental, Physical and other requirements re: visiting scientist position (undated) | | |
| SwRI 778 | Draft advertisement for limited term Geochemist (undated) | | |
| SwRI 779 | Letter from J. Dan Bates to Lauren Browning re: employment as research scientist at SwRI (dated 12/08/98) | | |
| SwRI 781 | Procurement Integrity Act signed by Lauren Browning (dated 12/07/98) | | |
| SwRI 782-783 | Guide to Employment Orientation Parts I and II signed by Lauren Browning 12/07/98 and 12/11/98 | | |
| SwRI 785 | E-mail from Barbara James to English Pearcy and Wes Patrick re: Lauren Browning salary negotiation (dated 08/31/98) | | |
| SwRI 786 | Letter from Bill Crumlett to Lauren Browning making offer of employment (dated 09/14/98) | | |
| SwRI 787 | Letter from Lauren Browning to Bill Crumlett re: acceptance of employment offer (dated 09/19/98) | | |
| SwRI 797 | Letter from Lauren Browning to Barbara James re: letters of recommendation (dated 06/27/98) | | |
| SwRI 798 | Telephone or verbal conversation records re: application of Lauren Browning (dated 07/22/98) | | |
| SwRI 802-805 | Browning's Application for SwRI Salary Staff Position (dated 06/25/98) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 806-810 | Letter from Lauren Browning to SwRI re: employment with SwRI (dated 05/08/98) and Lauren Browning resume. | | |
| SwRI 820 | Professional Personnel Qualification and Training Record re: Lauren Browning (dated 09/15/03) | | |
| SwRI 821 | Professional Personnel Qualification re: Lauren Browning (dated 08/26/98) | | |
| SwRI 822-823 | Procedure Identification and Training re: Lauren Browning (dated 09/03/02) | | |
| SwRI 824-825 | Procedure Identification and Training re: Lauren Browning (dated 09/06/0 ) | | |
| SwRI 826 | CNWRA Certificate to Lauren Browning re: technical specialist audit observation training (dated 07/05/00) | | |
| SwRI 827-828 | Procedure Identification and Training re: Lauren Browning (dated 02/19/04) | | |
| SwRI 836 | Exit Interview re: Lauren Browning (dated 05/21/04) | | |
| SwRI 837 | Letter of Resignation dated 05/10/04 | | |
| SwRI 838 | Payroll Authorization Request re: Lauren Browning resignation (dated 05/21/04) | | |
| SwRI 842 | E-mail from Wes Patrick to English Pearcy re: Browning acceptance (dated 09/17/98) | | |
| SwRI 843 | E-mail from Budhi Sagar to Wes Patrick, et al. re: negotiation of L. Browning offer (dated 09/08/98) | | |
| SwRI 844 | E-mail from Wes Patrick to Barbara James re: negotiation of Lauren Browning's salary (dated 08/31/98) | | |
| SwRI 845 | Letter from Bill Crumlett to Lauren Browning confirming change in status to regular employee (dated 10/10/00) | | |
| SwRI 846 | Memo from Lauren Browning to English Pearcy dated 04/12/02 re: Travel without Authorization | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 847 | Memo from English Pearcy to Lauren Browning and to Personnel File dated 04/12/02 re: Travel without Authorization | | |
| SwRI 848 | Memo from Lauren Browning to English Pearcy dated 04/11/02 re: Land and Greenspace Committee meeting. | | |
| SwRI 849 | Memo from English Pearcy to Lauren Browning dated 04/11/02 re: Land and Greenspace Committee meeting | | |
| SwRI 850 | NRC Memo to Service Vendor from Barbara Meehan re: official travel of government contractor (Browning) (dated 10/21/02) | | |
| SwRI 851 | Yucca Mountain Team Meeting Attendance | | |
| SwRI 852 | Interview Agenda for Lauren Browning | | |
| SwRI 854 | Interim feedback on performance of Lauren Browning (dated 03/19/04) | | |
| SwRI 855 | Memo to Lauren Browning file by English Pearcy re: discussion of performance (dated 04/06/04) | | |
| SwRI 856 | E-mail from English Pearcy to Lauren Browning re: bi-weekly reports (dated 04/12/04) | | |
| SwRI 857 | Draft memorandum from English Pearcy to Lauren Browning re: follow-up on performance evaluation (dated 03/18/04) | | |
| SwRI 858 | Draft memorandum from English Pearcy to Lauren Browning re: follow-up on performance evaluation (dated 03/12/04) | | |
| SwRI 859 | Weekly Yucca Mountain Team Meeting Agenda (dated 02/11/04) | | |
| SwRI 860 | E-mail from Pat Mackin to Wes Patrick re: travel for L. Browning (dated 06/24/03) | | |
| SwRI 861 | E-mail from Pat Mackin to Lauren Browning re: travel procedures (dated 06/25/03) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 862-863 | E-mails between Wes Patrick and Jack Fernandi re: labor transfer - L. Browning (dated 04/25/02) | | |
| SwRI 864 | SwRI Electronic Timekeeping System re: Lauren Browning week starting 04/06/02 | | |
| SwRI 865 | Note to file by English Pearcy re: discussion with L. Browning of collaborative work between Division I and II (dated 04/24/02) | | |
| SwRI 866 | Note to file by English Pearcy re: Browning time card (dated 04/19/02) | | |
| SwRI 867 | E-mail from English Pearcy to Lauren Browning re: labor transfer form (dated 04/19/02) | | |
| SwRI 872-873 | Memo from Lauren Browning to English Pearcy re: KTI Agreement Item Status | | |
| SwRI 874-876 | E-mails between English Pearcy and Lauren Browning re: FY 2002 Capital Request (dated 07/16/01) | | |
| SwRI 877 | E-mail from Lauren Browning to Wes Patrick re: Mars initiative with handwritten notes (dated 05/21/01) | | |
| SwRI 878-944 | Personnel file of Walter Illman | | |
| SwRI 945-1053 | Personnel file of David Pickett | | |
| SwRI 1054-1158 | Personnel file for James Prikryl | | |
| SwRI 1159 | Employee Salary Info re: Lauren Browning 1998-2004 (dated 10/31/05) | | |
| SwRI 1160 | Employee Salary Info re: Walter Illman 1999-2001 (dated 10/31/05) | | |
| SwRI 1161 | Employee Salary Info re: James Prikryl 09/97-2005 (dated 10/31/05) | | |
| SwRI 1167-1168 | SwRI Advancement Policies and Procedures and Salary Administration Handbook Policy 2.1.4 dated Aug. 1991 | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1169-1170 | SwRI Performance Evaluation Handbook Policy 2.1.5 dated Jan. 1996 | | |
| SwRI 1171-1172 | SwRI Termination of Employment Handbook Policy 2.1.6 dated July 2000 | | |
| SwRI 1173-1183 | Overview of Staff Performance Evaluation Process - Power Point Presentation (dated 07/25/03) | | |
| SwRI 1184-1190 | SwRI Employment Procedures Handbook Policy 2.1.2 dated Oct. 2000 | | |
| SwRI 1191-1194 | SwRI Classification of Employees Handbook Policy 2.2.1 dated Oct. 1999 | | |
| SwRI 1195-1198 | SwRI Expense Accounts Handbook Policy 5.2.3 dated June 2003 | | |
| SwRI 1199-1207 | SwRI Travel Polices Handbook Policy 5.3.1 dated June 2002 and Attachment to OPP 5.3.1 dated June 2003 | | |
| SwRI 1208 | SwRI Travel Authorization Form Handbook Policy 5.3.1 dated June 1998 | | |
| SwRI 1209-1213 | SwRI Travel Policies Handbook Policy 5.3.1 dated June 1998 and Attachments to OPP 5.3.1 dated June 1998 | | |
| SwRI 1214 | SwRI Corporate Card Program Handbook Policy 5.3.2 dated March 2002 | | |
| SwRI 1215-1216 | SwRI Corporate Card Program Handbook Policy 5.3.2 dated Dec. 1997 | | |
| SwRI 1217-1220 | SwRI Time Control and Payroll Administration Handbook Policy 5.1.1 dated March 2001 | | |
| SwRI 1221 | SwRI Internal Research and Development Program Handbook Policy 3.1.3 dated Dec. 1999 | | |
| SwRI 1222-1245 | SwRI Internal Research and Development Program Description and Guidelines for Applicant (dated 03/05) | | |
| SwRI 1246-1252 | SwRI Staff Development Handbook Policy 3.1.2 dated Feb. 2004 | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1253-1258 | SwRI Staff Development Handbook Policy 3.1.2 dated Jan. 2003 | | |
| SwRI 1259-1260 | SwRI Complaint Policy and Procedure Handbook Policy 2.1.8 dated Jan. 1996 | | |
| SwRI 1261 | Organization Chart for CNWRA (dated 03/17/04) | | |
| SwRI 1262 | Organization Chart for CNWRA (dated 10/10/03) | | |
| SwRI 1263 | Organization Chart for CNWRA (dated 07/11/03) | | |
| SwRI 1264 | Organization Chart for CNWRA (dated 04/10/03) | | |
| SwRI 1265 | Organization Chart for CNWRA (dated 04/07/03) | | |
| SwRI 1266 | Organization Chart for CNWRA (dated 06/14/02) | | |
| SwRI 1267 | Organization Chart for CNWRA (dated 03/06/02) | | |
| SwRI 1268-1270 | SwRI Employee Benefits | | |
| SwRI 1271 | TIAA CREF Administrator Access for Lauren Browning Accounts | | |
| SwRI 1272-1276 | SwRI Personal Leave, Holidays and other Leave Handbook Policy 2.3.1 dated April 2003 | | |
| SwRI 1277-1281 | SwRI Personal Leave, Holidays and other Leave Handbook Policy 2.3.1 dated Aug. 2001 | | |
| SwRI 1282 | SwRI Required Employee Insurance Programs Handbook Policy 2.3.2 dated Feb. 1997 | | |
| SwRI 1283-1286 | SwRI Sick Leave, Medical Emergency Leave, Paternity & Adoption Leave, and Bereavement Leave Handbook Policy 2.3.3 dated June 2003 | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1287-1290 | SwRI Sick Leave, Medical Emergency Leave, Paternity & Adoption Leave, and Bereavement Leave Handbook Policy 2.3.3 dated Sept. 2002 | | |
| SwRI 1291-1292 | SwRI Sick/Emergency Leave Handbook Policy 2.3.3 dated March 1998 | | |
| SwRI 1293-1298 | SwRI Occupational Injury or Illness Handbook Policy 2.3.4 dated Sept. 2003 | | |
| SwRI 1299-1301 | SwRI Occupational Injury or Illness Handbook Policy 2.3.4 dated Sept. 1998 | | |
| SwRI 1302-1306 | SwRI Retirement Benefits Handbook Policy 2.3.6 dated April 2003 | | |
| SwRI 1307-1308 | SwRI Voluntary Health Care and Insurance Programs Handbook Policy 2.3.7 dated April 2003 | | |
| SwRI 1309-1310 | SwRI Voluntary Health Care and Insurance Programs Handbook Policy 2.3.7 dated Feb. 1997 | | |
| SwRI 1311-1314 | SwRI Family and Medical Leave Handbook Policy 2.3.8 dated July 2003 | | |
| SwRI 1315-1318 | SwRI Family and Medical Handbook Policy 2.3.8 dated March 1998 | | |
| SwRI 1319-1320 | SwRI Section 125 Plan Handbook Policy 2.3.9 dated July 2003 (Cafeteria Plan) | | |
| SwRI 1321-1322 | SwRI Section 125 Plan Handbook Policy 2.3.9 dated Feb. 1997 | | |
| SwRI 1328-1331 | SwRI Employee Assistance Program Handbook Policy 2.3.10 dated Jan. 2003 | | |
| SwRI 1332-1334 | SwRI Employee Assistance Program Handbook Policy 2.3.10 dated Dec. 1999 (reissued) | | |
| SwRI 1335 | Benefit Change Form for Lauren Browning (dated 12/31/02) | | |
| SwRI 1336 | Benefit Change Form for Lauren Browning (dated 01/01/02) | | |
| SwRI 1337 | Beneficiary Change for Lauren Browning (dated 11/20/01) | | |

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| SwRI 1338 | Benefit Change for Lauren Browning (dated 01/01/01) | | |
| SwRI 1339 | Benefit Change for Lauren Browning (dated 07/16/99) | | |
| SwRI 1340-1341 | Benefit Sign-up re: Lauren Browning (dated 12/15/98) | | |
| SwRI 1342 | Payroll Deductions | | |
| SwRI 1343-1348 | SwRI Value of Institute Benefits for 2004 | | |
| SwRI 1349 | Paid Time Off Program Calculations for Calendar Year 2005 | | |
| SwRI 1350 | SwRI Other Benefit Calculations | | |
| SwRI 1356-1360 | SwRI Retirement Benefits Handbook Policy 2.3.6 dated Dec. 1999 | | |
| SwRI 1437-1443 | Excerpts from SwRI CNWRA Strategic Plan re: Revision 6 (dated 07/01) | | |
| SwRI 1444-1451 | Excerpts from SwRI CNWRA Strategic Plan re: Revision 7 (dated 12/02) | | |
| SwRI 1452-1463 | Excerpts from SwRI CNWRA Five Year Strategic Plan (dated 01/04) | | |
| | Plaintiff's Medical Records from Dr. Jeffrey Pickens (Pl's primary care physician) | | |
| | Plaintiff's Dental Records from John R. Huriega, DDS | | |
| | Plaintiff's therapy records from Kay Pennington | | |
| | Plaintiff's employment records from Keramont Corp. | | |
| | Plaintiff's employment records from Lunar and Planetary Institute | | |
| | Plaintiff's employment records from National Aeronautics & Space Administration (NASA) | | |
| | Plaintiff's employment records from Sandia National Laboratories | | |

31089585 3

- 16 -

| Identifying Numbers | Description | Offered | Admitted |
|---|---|---|---|
| | Plaintiff's employment records from Service Employee's International Union | | |
| | Plaintiff's employment records from Texas Industrial Areas Foundation | | |
| | Plaintiff's employment records from TEXPIRG (Texas Public Interest Research Group) | | |
| | Plaintiff's employment records from University of Hawaii at Manoa | | |
| | Plaintiff's employment records from University of Texas at Austin | | |
| | Interview and selection documents regarding employment of Jude McMurry | | |
| | Exit Interview of Melissa Hill | | |

Dated: April 4, 2006

Respectfully submitted,

*[signature]*

Cyndi M. Benedict
State Bar No. 03322000
Stephen J. Romero
State Bar No. 24046756
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Counsel for Defendant
SOUTHWEST RESEARCH INSTITUTE

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.

CERTIFICATE OF SERVICE

This pleading, Defendant's Designation of Potential Witnesses, was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by Certified Mail, Return Receipt Requested on Monday, April 3, 2006.

Hal K. Gillespie, Esq.
M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley &
Jones, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204

Ms. Malinda Gaul
Gaul and Dumont
111 Soledad, Suite 725
San Antonio, TX 78205

*[signature]*

Cyndi M. Benedict