IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN BROWNING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-05-CA-0245-FB |
| | § | |
| SOUTHWEST RESEARCH INSTITUTE, | § | |
| | § | |
| Defendant. | § | |

FILED
APR 1 9 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND ORDER REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE FOR DISPOSITION OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

Before the Court is Defendant's Unopposed Motion for Leave to File Response Exceeding Page Limit filed April 10, 2006 (docket #37). Defendant states it needs to exceed the page limit in order to fully respond to plaintiff's motion to compel. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Response Exceeding Page Limit (docket #37) is GRANTED and the Clerk shall file Defendant's Response to Plaintiff's Motion to Compel received on April 10, 2006.

The Court has also considered the status of the case. In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and the Local Rules For Assignment Of Duties To United States Magistrate Judges, the instant action is hereby REFERRED to United States Magistrate Judge John W. Primomo (see docket #5) for disposition of Plaintiff's Motion to Compel Defendant's Discovery Responses.

38/39

Any appeal from the Magistrate Judge's order shall be made in compliance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Rule 4 of Appendix C to the Local Court Rules of the United States District Court for the Western District of Texas. Any such appeal shall be limited to issues first raised before the Magistrate Judge; failure to bring any defect in any order to the attention of the Magistrate Judge prior to raising the issue before this Court shall be deemed a waiver of issue.

It is so ORDERED.

SIGNED this __19__ day of April, 2006.

FRED BIERY
UNITED STATES DISTRICT JUDGE