LAW OFFICES OF
# GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
A TEXAS PROFESSIONAL CORPORATION

3402 OAK GROVE AVE.
SUITE 200
DALLAS, TEXAS 75204

DALLAS: (214) 720-2009
METRO: (972) 988-3357
FAX: (214) 720-2291
866 302 LEGAL

Hal K. Gillespie*
Yona Rozen*
David K. Watsky*
Susan D. Motley*
James A. Jones
Cheryl R. Drazin
Joseph H. Gillespie
Karla S. Jackson
Christopher L. Green
M. Jeanette Fedele
James D. Sanford

April 24, 2006

\* Board Certified Labor and Employment Law
Texas Board of Legal Specialization

**VIA FACSIMILE: (210) 270-7205**

Cynthia M. Benedict
Fulbright & Jaworski
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

Re:   *Lauren Browning vs. Southwest Research Institute*
Civil Action No. SA-05-CA-0245-XR

Dear Ms. Benedict:

I am writing to request an extension with respect to the expert report of Plaintiff's expert Dr. Mary Gray.

As ordered by the Court on March 6, 2006, Plaintiff's deadline to submit experts' reports is April 28, 2006. Since that date, Plaintiff filed a motion to compel, which is still pending before the court. At issue in the motion, among other items, are personnel files and compensation information of individuals Plaintiff contends are her comparators. Dr. Gray needs to review these documents in order to complete her report. In order to allow the Court an opportunity to rule on the pending motion, and for Dr. Gray to have an opportunity to review and incorporate any documents the Court compels Defendant to produce, Plaintiff requests that Defendants agree to a one-month extension of the deadline to submit Dr. Gray's expert report.

This request does not affect the deadline for Dr. Burkman's and Stockdale's reports. If you are agreeable to the above, please indicate by your signature below. Please let me know by close of business Tuesday, April 25, 2006.

Thank you for your cooperation in this matter.

Very truly yours,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.

By: _____
Hal K. Gillespie

HKG/ps

EXHIBIT
A

Cynthia M. Benedict
April 24, 2006
Page 2
_____

**AGREED TO:**


_____
Cynthia M. Benedict

cc:   M. Jeanette Fedele

      Steve Baughman Jensen (Via E-Mail)
      Adele P. Kimmel (Via E-Mail)
      Malinda A. Gaul (Via E-Mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **LAUREN BROWNING,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. SA-05-CA-0245-XR |
| | § | |
| **SOUTHWEST RESEARCH** | § | |
| **INSTITUTE,** | § | |
| | § | |
| Defendant. | § | |

### AFFIDAVIT OF M. JEANETTE FEDELE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, on this day personally appeared M. JEANETTE FEDELE, who, after being sworn upon her oath, states as follows:

"I make the following declaration subject to the penalties for perjury:

1. My name is M. Jeanette Fedele. I reside in Dallas, Dallas County, Texas. I am over twenty-one years of age. I am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. On or about April 24, 2006, Plaintiff requested that Defendant agree to a one-month extension of the deadline to submit Plaintiff's expert Dr. Mary Gray's expert report.

3. On April 27, 2006, I traveled to Defendant's counsel's office in San Antonio to take the deposition of Dr. Wesley Patrick. During a break in the deposition proceedings, I asked Defendant's counsel Cynthia Benedict about Plaintiff's April 24, 2006 request for a one-month extension of the deadline to submit Dr. Gray's report.

4. Ms. Benedict and I discussed Plaintiff's request for extension and agreed that Dr. Gray's report submission deadline would be extended to May 26, 2006. In return, Ms. Benedict and I agreed that the reports of Defendant's statisticians and economists would be extended to June 26, 2006.

5. Some time later, Kathy Williams, Ms. Benedict's paralegal, presented Ms. Fedele with a proposed letter agreement providing that the deadline for Plaintiff's expert report of Dr. Mary

AFFIDAVIT OF M. JEANETTE FEDELE                                                                                   Page 1

EXHIBIT B

Gray would be extended from April 28, 2006 to May 26, 2006, and that the deadline for Defendant's expert's reports would be extended from May 29, 2006 to June 26, 2006. I rejected this letter agreement because it would allow Defendant's until June 26, 2006, to submit the reports of <u>all</u> of its experts, not just that of Defendant's statisticians and economists. At that time I was unaware of whether Defendant would designate a rebuttal expert in reponse to Browning's designation of Dr. Stockdale, a gender stereotype expert. However, I suspected that Defendant would want to rebut Dr. Stockdale's report.

6. During a later break in the deposition proceedings, I told Ms. Benedict that I could not sign the letter agreement as written because I had agreed to extend Defendant's expert report deadlines only as to its statisticians and economists, and that the letter as written would allow Defendant's until June 26, 2006, to submit the reports of <u>all</u> of its experts, not just that of Defendant's statisticians and economists. Ms. Benedict then offered to change the letter agreement to specifically name the experts to whom the agreement applied. I replied that I could sign such a letter agreement.

7. Later that day, Ms. Benedict provided a letter specifically identifying the names of the experts to which the agreement applied. Because this letter accurately reflected the scope of the parties' agreement, I signed this second letter agreement provided by Defendant. A copy of this letter with Ms. Benedict's and my signature is attached as Exhibit A of Plaintiff's Motion to Exclude Defendant's Testiying Expert, Kathleen K. Lundquist, Ph.D. (court document # 52), and also as Exhibit C of Plaitniff's Reply to Defendant's Response to same.

Further, Affiant saith not."

_____
M. Jeanette Fedele

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority by the said M. Jeanette Fedele on this 21st day of July, 2006, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

_____
Printed Name of Notary

My commission expires

PATRICIA STEPHENS
MY COMMISSION EXPIRES
July 25, 2009

**AFFIDAVIT OF M. JEANETTE FEDELE**                                                      Page 2

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TEXAS 78205-3792
WWW.FULBRIGHT.COM

CYNDI M. BENEDICT
PARTNER
CBENEDICT@FULBRIGHT.COM

DIRECT DIAL:   (210) 270-7120
TELEPHONE:    (210) 224-5575
FACSIMILE:    (210) 270-7205

April 27, 2006

**VIA HAND DELIVERY**

Ms. M. Jeanette Fedele
Gillespie, Rozen, Watsky, Motley & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 78504

Re: Civil Action No. SA-05-CA-0245-FB; *Lauren Browning v. Southwest Research Institute*; In the United States District Court, Western District of Texas, San Antonio, Division

Dear Ms. Fedele:

As a follow up to your request for an extension regarding the report of your expert Dr. Mary Gray, please allow the following to memorialize the parties agreement as to same.

We have agreed to extend the deadline for Plaintiff's expert report of Dr. Mary Gray from April 28, 2006 until May 26, 2006. Accordingly, we have agreed to extend the deadline for Defendant's experts reports, to include, Joan G. Haworth, Ph.D., and Sharon Kelly, Ph.D., with the ERS Group and David W. Griffin, Ph.D., and Stephanie R. Thomas, Ph.D. with LECG, from May 29, 2006 until June 26, 2006. Further we have agreed to a post discovery deadline extension for taking expert depositions if this should be necessary.

This agreement does not affect the deadline for Dr. Burkman's or Stockdale's expert reports. Should this accurately reflect our agreement, please indicate by your signature below.

Very truly yours,

Cyndi M. Benedict

_____
M. Jeanette Fedele

**EXHIBIT C**

31117201.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO
DUBAI • HONG KONG • LONDON • MUNICH • RIYADH

Ms. M. Jeanette Fedele
April 27, 2006
Page 2


cc:    Malinda A. Gaul
       Law Offices of Gaul and Dumont
       111 Soledad, Suite 725
       San Antonio, Texas  78205

31117201.1