UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **LAUREN BROWNING,** | * |
| Plaintiff, | * |
| v. | *   CIVIL NO. SA-05-CA-0245-FB |
| **SOUTHWEST RESEARCH INSTITUTE,** | * |
| Defendant. | * |

### O R D E R

Before the Court is defendant's motion to strike plaintiff's summary judgment evidence as inadmissible. (docket no. 91). Because, on this same date, this Court recommended defendant's motion for summary judgment be granted in its entirety, this motion is **DENIED as moot**, subject to re-urging at a later date. Accordingly, plaintiff's unopposed motion to extend the deadline to file a response to defendant's motion to strike (docket no. 95) is also **DENIED.**

It is so **ORDERED.**

**SIGNED** October 6, 2006.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE