IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREN BROWNING, | § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. SA-05-CA-0245-FB |
| | § | |
| SOUTHWEST RESEARCH INSTITUTE, | § § § | |
| Defendant. | § § | |

FILED
2007 MAR 30  P 4: 36
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Lauren Browning ("Browning") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following Order and Judgment in this action:

1. The district court's Order accepting Memorandum and Recommendation of the United States Magistrate Judge and granting Defendant's motion for summary judgment signed by the Court March 1, 2007.

2. Final judgment entered by the district court on March 1, 2007, dismissing Browning's claims with prejudice.

Respectfully submitted,

GILLESPIE, ROZEN, WATSKY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax:    (214) 720-2291

By: *Hal K. Gillespie* with permission by *Malinda Hand*
Hal K. Gillespie
State Bar No. 07925500
M. Jeanette Fedele
State Bar No. 24040887

BARON AND BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
    Steve Baughman Jensen
    State Bar No. 00783615

PUBLIC JUSTICE, P.C.
1717 Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20036
Phone  (202) 797-8600
Fax  (202) 232-7203
    Adele P. Kimmel
    District of Columbia Bar No. 412612

LAW OFFICES OF GAUL AND DUMONT
111 Soledad, Suite 725
San Antonio, Texas 78205
(210) 225-0685
(210) 271-9557 - Fax
    Malinda A. Gaul
    State Bar No. 08239800

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded on this the 30th day of March, 2007, in the following manner to:

Cynthia Michelle Benedict
Stephen J. Romero
Fulbright & Jaworski
300 Convent Street, #2200
San Antonio, TX 78205

_____ Hand-Delivery
__X__ U.S. Mail, postage pre-paid
_____ Certified Mail, Return Receipt Requested
_____ Overnight Express Mail/Federal Express
_____ Telecopier

*Via E-Mail*
Steve Baughman Jensen
BARON AND BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
sjensen@baronbudd.com

*Via E-Mail*
Adele P. Kimmel
PUBLIC JUSTICE, P.C.
1717 Massachusetts Avenue, NW, Suite 800
Washington, D.C. 20036
akimmel@publicjustice.net

*Via E-Mail*
Malinda A. Gaul
Gaul and Dumont
111 Soledad, Suite 725
San Antonio, Texas 78205
malindag@swbell.net

*/s/ Malinda A. Gaul*
Malinda A. Gaul